**United States District Court**
**District of Nebraska**

| | |
|---|---|
| KD and JD, Parents, Natural Guardians and Next Friends of LD, | Case No. CI 17-cv-285 <br> Hon. Laurie Smith Camp, J <br> Hon. Cheryl R. Zwart, MJ |
| **Plaintiffs,** | |
| v. | **Plaintiffs' FRCP 26(a)(2) Disclosure of Expert Witness** |
| Douglas County Public School District No. 001, a/k/a Omaha Public Schools, | |
| Daniel Bartels, | |
| Brian Robeson, | |
| Joe Doe and Jane Doe, Real Names Unknown | |
| **Defendants.** | |

Plaintiffs respectfully designate the following expert witnesses:

**1.    Charol Shakeshaft, Ph.D.**

> Professor, Educational Leadership Virginia Commonwealth University
> 12778 Mount Hermon Road
> Ashland, VA 23005

### 1.1.    Opinions:

Ms. Shakeshaft is expected to testify regarding the applicable standard of care, Omaha Public School District's failure to meet that standard of care, and the School Districts deliberate indifference. Expert report is delayed because documents in response to discovery requests have not yet been fully produced by Defendant Omaha Public Schools. The report will be supplemented upon completion.

### 1.2.    Basis for Opinions:

Expert report is delayed because documents in response to discovery requests have not yet been fully produced by Defendant Omaha Public Schools. The report will be supplemented upon completion.

1.3.    Facts and Data Considered:
Expert report is delayed because documents in response to discovery requests have not yet been fully produced by Defendant Omaha Public Schools. The report will be supplemented upon completion.

1.4.    Summary or Supporting Exhibits:
Expert report is delayed because documents in response to discovery requests have not yet been fully produced by Defendant Omaha Public Schools. The report will be supplemented upon completion.

1.5.    Qualifications and Publications:
Ms. Shakeshaft's CV is attached with this filing.
Publications include three books and more than 200 referred articles and papers. See List of Publications, pg. 2 – 7 of Shakeshaft's attached CV.

1.6.    Past Four (4) Years' Trial or Deposition Testimony:
Ms. Shakeshaft has provided trial and/or deposition testimony in 30 separate cases in the past four years. See attached history of trial and/or deposition testimony.

1.7.    Compensation:
Hourly rate preparing report: $300 /hour
Retainer: $2,500
Deposition travel time outside of Richmond Virginia: $2,500 /day
Deposition testimony:
        If an Richmond or video in Richmond: $2,500
        If not Richmond: $2,500 plus the $350 /hour for each hour of the deposition
Deposition on-site delay: $2,500 /week day and $5,000 /weekend day
        Trial testimony-includes time weighing: $2500 /day
        Trial testimony travel time: $2500 /day
        Travel costs: 100% of actual costs incurred
Administrative fee: 1%

**2.    Shelly Kinney, MSN, RN, CNLCP, CCM**
Kinney Consulting, Inc.
6315 S 79th Circle
Ralston, NE 68127-4218

2.1.    Opinions:
Ms. Kinney is expected to testify consistent with her opinions and conclusions found in her life care report dated July 17, 2017. See report attached. Ms. Kinney reserves the right to amend her opinions pending any discovery of new information.

D93436

Ms. Kinney is expected to testify of LD's lifetime costs; $32,820 for therapeutic counseling and $30,710 for psychiatric evaluations totaling $63,530 plus the cost of medications.

2.2.    Basis for Opinions:
Ms. Kinney relies upon her education, experience, training and background as well as her review of the facts and data as noted in section 2.3 below to render her opinions in this matter. See also Ms. Kinney's CV attached.

2.3.    Facts and Data Considered:
July 10, 2017 expert report of Dr. de los Angeles
December 2, 2016 letter from Colleen Brazil
National vital statistics reports for the 2013 United State life tables
Social Security Administration Actuarial life table from 2017

2.4.    Summary or Supporting Exhibits:
See section 2.3 above.

2.5.    Qualifications and Publications:
Ms. Kinney's CV is attached with this filing.
Ms. Kinney's publications include:
    Brandley, T., Husted, L., Kinney, S., Morris, J., Pouch, K., Yates, K. & Beaubien, J. (2013). Traumatic brain injury. In Apuna-Grummer, D. & Howland, W.(Ed.) A Core Curriculum for Nurse Life Care Planning. 154-217. Bloomington, IN: iUniverse, LLC.
    Brandley, T., Kinney, S., Morris, J., Yates, K. & Beaubien, J. (2013). Amputation. In Apuna-Grummer, D. & Howland, W.(Ed.) A Core Curriculum for Nurse Life Care Planning. 272-324. Bloomington, IN: iUniverse, LLC.
    Howland, W & Kinney, S R (2012). Introduction to the VA. *Journal of Nurse Life Care Planning*. 12(4), 699-707.
    Kinney, S R (2012). Tips for obtaining information from a VAMC. *Journal of Nurse Life Care Planning*. 12(4), 708-714.
    Kinney, S R (2012). Vagus nerve stimulation for seizure control. *Journal of Nurse Life Care Planning*. 12(2), 613-617.
    Kinney, S R (2005). A case management care path for traumatic brain injury, Genex Services internal continuing education program

2.6.    Past Four (4) Years' Trial or Deposition Testimony:
Ms. Kinney has provided trial and/or deposition testimony in 10 separate cases in the past four years. See attached history of trial and/or deposition testimony.

2.7.    Compensation:
Professional Rate: $175.00 /hour

3

Mileage Expense: $0.54 /mile

**3.     Reynaldo de los Angeles, M.D.**
            409 E. 25th Suite #6
            Kearney, NE 68847

   **3.1.   Opinions:**

Mr. de los Angles is expected to testify consistent with his opinions and conclusions found in his expert report dated July 10, 2017.  See attached report.  Mr. de los Angeles reserves the right to amend his opinions pending any discovery of new information.

Mr. de los Angeles is expected to testify that LD suffers from severe Post-Traumatic Stress Disorder (PTSD) which presents itself in her case in the aftermath of multiple instances of sexual abuse in which she was a participant but was of such tender years that she was unable to give an informed consent.  LD realizes she was exploited, and is traumatized. The effects of this trauma present themselves on an ongoing basis, the intensity of which differs from day to day and even hour to hour. LD also suffers from anxiety, depression, anger and aggression, low self-esteem, attachment and security, relationship problems, and sexual concerns. Treatment components, duration, and frequency pertaining to each of the aforementioned symptoms are provided in expert's report.

Further, Mr. de los Angeles is expected to testify that it is more probable than not that LD will require medical prescriptions for moot stabilizers and antidepressants intermittently throughout her life. LD's psychiatric condition is permanent. It requires lifetime care. LD continues risk of exacerbated symptoms, and debilitating consequences in her life without ongoing medical, psychiatric, and psychological care. The care outlined for LD in the expert report is reasonably medically necessary and essential for LD's mental health care during her lifetime.

   **3.2.   Basis for Opinions:**

Mr. de los Angeles relies upon his education, experience, training and background as well as his review of the facts and data as noted in section 1.3 below to render his opinions in this matter. See also Mr. de los Angeles CV attached. Mr. de los Angeles is a psychiatrist. He is board certified for the American Board of Psychiatric Medicine and the American Psychotherapy Association, amongst others.

   **3.3.   Facts and Data Considered:**

See report attached and the section identified as *Facts I Assumed*, paragraphs 8 – 21 of the report.  The report includes facts and data from a psychiatric evaluation of LD Mr. de los Angeles conducted on February 17, 2017.  Mr. de los Angeles also considered:
            Life Expectancy Calculator of the U.S. Social Security Administration.
            Publications reviewed:

4

LP Chen, et al., *Sexual Abuse & Lifetime Diagnosis of Psychiatric Disorders: Systematic Review & Meta-analysis*, 85(7) Mayo Clinic Proceedings 618-629 (2010).

KL Chou, *Childhood Sexual Abuse & Psychiatric Disorders in Middle-Aged & Or Adults: Evidence from the 2007 Adult Psychiatric Morbidity Survey,* 73(11) Journal of Clinical Psychiatry 1365-71 (2012).

3.4.    Summary or Supporting Exhibits:
See section 3.3 above.

3.5.    Qualifications and Publications:
Mr. de los Angeles' CV is attached with this filing.

3.6.    Past Four (4) Years' Trial or Deposition Testimony:
None.

3.7.    Compensation:
Psychiatric Evaluation: (non-forensic) $400/hour.
Medication Evaluation: $400/hour
Administrative Charges: $100/hour

Pursuant to *Fed R of Civ P* 26(a)(2)(C), Plaintiff designates the following **treating physicians and mental health professionals**, who are witnesses that are not required to provide a written report:

| | |
|---|---|
| 4.1 **Kersten Borer, LIMHP,** LADC, CMSW,<br>Woodhaven Counseling Assoc.<br>12001 Q St.<br>Omaha, NE 68137 | Licensed Mental-health professional. Psychotherapist in Private Practice.<br><br>Provides professional care as therapist for LD.<br>Expected to testify consistently with entries in professional records and about LD, and her diagnosis, treatment and care. Records are in possession of Defendants.<br><br>This will include consequences of the Trauma Focused Cognitive Behavioral Therapy of LD since 12/31/2015 until present and LD's future need of additional therapy. |

D93436

| | |
|---|---|
| 4.2 **Colleen Brazil**, MSW, LIMHP, LISW<br>Project Harmony<br>11949 Q Street<br>Omaha, NE 68137 | Mental-health professional.<br>Forensic Interviewer Program Manager and Mental Health Therapist at Project Harmony.<br>Expected to testify consistently with entries in professional records and about LD, and her diagnosis, treatment and care. Records are in possession of Defendants.<br>This will include consequences of the Trauma Focused Cognitive Behavioral Therapy of LD since 12/31/2015 until present and LD's future need of additional therapy. |
| 4.3 **Kyle Spears**, MS, LIMHP, LMFT<br>Attachment & Trauma Center<br>638 N 109th Plaza, Omaha, NE 68154 | Licensed mental-health professional.<br>Expected to testify consistently with entries in professional records and about LD, and her diagnosis, treatment and care. Records are in possession of Defendants.<br>This will include consequences of the Trauma Focused Cognitive Behavioral Therapy of LD since 12/31/2015 until present and LD's future need of additional therapy<br>May testify regarding limited care provided to LD and KD together. |
| 4.4 **Dr. Richard Steskal**<br>Steskal Chiropractic LLC<br>10615 Fort St.<br>Omaha, NE 681341 | Doctor of Chiropractic.<br>Expected to testify consistently with entries in professional records and about LD, and her diagnosis, treatment and care.<br>Records are in possession of Defendants.<br>This will include consequences of the Trauma Focused Cognitive Behavioral Therapy of LD since January 2016 until present and LD's future need of additional therapy. |
| 4.5 **Debra Wesselmann**, MS, LIMHP,<br>Attachment & Trauma Center<br>638 N 109th Plaza, Omaha, NE 68154 | Licensed mental-health professional.<br>Expected to testify consistently entries in professional records and about J D, mother of LD, and her needs for support due to the impact of the assaults on LD to her family, and her diagnosis, treatment and care. Records are in possession of Defendants.<br>Expected to give testimony concerning treatment and care rendered to JD consistent with the professional records. |
| 4.6 **Anna Westin**, PhD | Licensed mental-health professional. |

| | |
|---|---|
| Children's Behavioral Health<br>1000 N. 90th Street, Suite 200<br>Omaha, NE 68114 | Expected to testify consistently with entries in professional records and about LD, and her diagnosis, treatment and care. Records are in possession of Defendants. |

April 2, 2018.

K.D. & J.D., Plaintiffs,

Kathleen S. Pallesen #19604
Spethman Pallesen Law Offices LLC
16145 Bedford Avenue
Omaha, NE 68116
spethmanpallesenlaw@cox.net

And,

By:_____
David A. Domina, #11043
Brian E. Jorde, #23613
S. Ryan Greenwood, #25943
DOMINALAW Group pc llo
2425 S. 144th Street
Omaha, NE 68144
(402) 493-4100
ddomina@dominalaw.com
bjorde@dominalaw.com
rgreenwood@dominalaw.com

*Plaintiffs' Lawyers*

**Certificate of Service**

On April 2, 2018, I certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jill Robb Ackerman
Baird Holm LLP
1700 Farnam Street, Ste 1500
Omaha, NE 68102-2068
jrackerman@bairdholm.com
*Defendants, Douglas County Public School District No. 001, a/k/a Omaha Public Schools, Lawyers*

Clarence E. Mock, III, Esq.
Johnson & Mock
307 North Oakland Avenue
P.O. Box 62
Oakland, NE 68045
cmock@johnsonandmock.com
*Defendant's, Daniel Bartels, Lawyers*

7

The undersigned further certifies that on this date a true and correct copy of the foregoing was served via regular U.S. Mail to the following:

Brian Robeson
Lincoln Correctional Center
3216 W Van Dorn St
Lincoln, NE 68522

_____

S. Ryan Greenwood

D93436

# CHAROL SHAKESHAFT

**CONTACT INFORMATION**
Department of Educational Leadership
School of Education
Virginia Commonwealth University
1015 West Main Street
Richmond, Virginia 23204-2020
804.828.1940
Cshakeshaft@vcu.edu; CharolShakeshaft@gmail.com

**EDUCATION**
Postdoctoral Study: University of Michigan, Inter-university Consortium
    for Political and Social Research, 1980.
Ph.D.: Texas A & M University, Department of Educational Administration (Research,
    Planning and Evaluation Specialization with supporting work in Sociology, 1979.)
M.S.: Texas A & M University, Department of Educational Administration
    Organizational Behavior Specialization, 1978).
B.A.: University of Nebraska at Lincoln (English, 1972).

**EMPLOYMENT**
**EXPERIENCE**

2007 - Present    **Department of Educational Leadership**
    **School of Education, Virginia Commonwealth University**
    *Professor, September 2007 - Present*
    *Department Chairperson and Professor, 2007-2012*

1979-2007    **Department of Foundations, Leadership, and Policy Studies**
    **Hofstra University School of Education**
    *Professor Plus, 2004 – 2007*
    *Professor, 1989 - 2004*
    *Chairperson, 1987- 1998*
    *Associate Professor, 1984 - 1989*
    *Director of Doctoral Program, 1981 - 1988*
    *Assistant Professor, 1979 – 1984*

## PUBLICATIONS

A Standard of Care for the Prevention of Educator Sexual Misconduct, accepted for
publication, *Journal of Child Sexual Abuse*.

State Legal Responses for Preventing Trusted Other Sexual Abuse of Students,
submitted for review.

Because They Can: Adult to Student Sexual Abuse in PreK-12 Schools (in press,
expected May 2018*).   Sexuality and Leadership*, Beggan, J.K. and Scott, S.T.
(Eds), New York: Jepson Studies in Leadership series. Palgrave-Macmillan.

The persistence of gender inequality in educational leadership:  Findings from the
AASA Mid-Decade Survey. (in-press). *Frontiers.*  (with Kerry Robinson, Margaret
Grogan, and Whitney Sherman).

Essay review from power to prejudice:  The rise of racial individualism in midcentury
America, Leah N. Gordon.  *Teachers College Record*. P. 288.

Gender and Race Comparisons of Superintendent Stress and Superintendent Health:
A National Study.  (March, 2016). *Journal of Education and Human
Development*, 5(1), pp. 120-133. (with Kerry Robinson).

Women Superintendents Who Leave:  Stress and Health Factors, *Planning and
Changing*, 2015.

Where have we been?  Where are we going? (2014)  Women interrupting, disrupting,
and revolutionizing Educational Policy and Practice in Whitney Sherman and
Katherine Mansfield (Eds).  Information Age Social Justice Series.

Response to Acquaintance Molestation and Youth Serving Organizations (2014).
*Journal of Interpersonal Violence*.

A New Way to do Professional Learning (2013).  *Learning Forward*, with Dale Mann

Criterion-inspired, Emergent Design in Doctoral Education:  A Critical Friends
Perspective (2013).  in V Story (Ed.) *Redesigning Professional Education
Doctorates:  Applications of Critical Friendship Theory to the Ed.D.*  Palgrave,
McMillan,(with Martin Reardon)

Women in Educational Leadership (2013)  The Jossey-Bass Reader on Educational
Leadership, San Francisco: Jossey-Bass (with Margaret Grogan).

Know the warning signs of educator sexual misconduct (February 2013).  *The Kappan*.

Online Learning in Virginia (2013).  Metropolitan Educational Research Consortium
Monograph.  With Jonathan Becker and Jess Senechal.

Engagement in an online video simulation in educational leadership. (2012)  In P.
Blessinger & C. Wankel (Eds.), *Increasing student engagement and retention
using immersive interfaces: Virtual worlds, gaming, and simulation* (pp. 203-224).
Bingley, UK: Emerald Publishing Group. (Peer-reviewed chapter.) with Reardon,
R. M., Mann, D., Becker, J. D., Shakeshaft, C., & Reich, M. R.

The Effectiveness of Simulation-based Learning for Leadership Preparation (2012).
Planning and Changing, with Jonathan Becker, Dale Mann, Martin Reardon and
Kerry Robinson.

Wild Patience: The Glass Ceiling for Women in School Administration (2011).  Sage

Handbook of Educational Leadership.  Sage

Immersive, Interactive, Web-Enabled Computer Simulation as a Trigger for Learning: The Next Generation of Problem-based Learning in Educational00 Leadership (December 2011).  Journal of Research on Leadership Education.  (With D. Mann, R.M. Reardon, J.D. Becker, and N. Bacon).

Leadership Learning Contextualized (2011).  Educational Planning.  With K. Stemhagen, S. Sherman, M. Hermann, C. Magill, H. Clark.

Women and Educational Leadership (2011).  John Wiley & Sons, Inc., San Francisco: Jossey-Bass (with Margaret Grogan).

Gender and Educational Change (2010).  in Second International Handbook of Educational Change, Hargreaves, A.; Lieberman, A.; Fullan, M.; Hopkins, D. (Eds.).  Springer

Conscious Leadership in a Political World (2008).  Women Leading Education across the Continents:  Sharing the Spirit, Fanning the Flame.  H.C. Sobehart (ed.) Rowan & Littlefield (with M. Grogan).

Educator Sexual Misconduct (2007).  *Gender and Education: An Encyclopedia.*  B. Banks, (ed), Greenwood Press.

Increasing Gender Equity in Educational Leadership (2007) in *Handbook of Gender Equity*, S. Klein, ed., New Jersey:  Lawrence Earlbaum Associates (with B. Irby, G. Brown, M. Grogan, and J. Ballenger).

Educator Sexual Misconduct (2006).*The American High School: An Encyclopedia*, Kathryn M. Borman, Spencer E. Cahill and Bridge A. Cotner (Eds.) Praeger - Greenwood Press

Gender and Educational Management, in The Sage Handbook of Gender and Education, (2006).  C. Skelton, B. Francis, & L. Smulyan, eds.  London:  Sage Publications.

What is needed to resolve the social and critical issues affecting large-scale reform? Macro change demands Micro Involvement.  *Journal of Educational Change.*  2004, 1-4.

*Educator Sexual Misconduct with Students: A Synthesis of Existing Literature on Prevalence*, Planning and Evaluation Service, Office of the Undersecretary, US Department of Education.   2004.

*Should Public School Students Wear Uniforms? (*2003, Reprint) Holt Reader 2003, grade 8.  New York:  Holt, Rinehart and Winston.

Educator Sexual Abuse (Spring 2003).  *Hofstra Horizons.*

In God We Trust: All Others Bring Data.  *School Business Affairs.* January 2003. (with D. Mann).

The Shadowy Side of Adjunct Teaching*, The School Administrator*, November 2002.

Sexual Violence in Schools. In *Defining and Redefining Gender Equity in Educatio*n. J. Koch and B. Irby (Eds.). Greenwich, CT: Information Age Publishing. 2002.

Choosing the Right Technology. *The School Administrator.* January 2002. (with D. Mann, J. Becker and K. Sweeney).

Perceptions of Technology and Learning. *Log On or Lose Out:  Technology in 21st Century Teacher Education.*  Washington, D.C. AACTE Publications. (2000)

Playing to Learn (September 2000*).  Electronic School.*   With D. Mann, R. Kottkamp, and J. Becker.

*Measurement Issues with Instructional and Home Learning Technologies.*  (1999) Secretary's Conference on Educational Technology:  Evaluating the Effectiveness of Technology.  U.S. Department of Education.

Heterosexism in Middle Schools.  *Masculinities at school*.  CA:  Sage Publications, 1999 (with L. Mandel).

Gender and Supervision   *The Jossey-Bass School Leadership Reader*.  San Francisco: Jossey- Bass, 1999 (With I. Nowell, and A. Perry).

The Struggle to Create a More Gender Inclusive Profession.  In *Handbook of Research on Educational Administration*.  San Francisco: Jossey-Bass, 1999.

The Reform of the Profession: Essay on Progress.  *Educational Administration: A Decade of Reform.* Corwin Press, 1999.

*West Virginia Story: Achievement Gains from a Statewide Comprehensive Instructional Technology Program.*  Milken Exchange on Education Technology, Milken Family Foundation, March 1999 (with D. Mann, J. Becker, and R. Kottkamp).

The Role of Search Consultants in the Career Paths of Women Superintendents.  *Sacred Dreams: Women and the Superintendency*, Albany: SUNY Press, 1999 (with E. Kamler).

Wild Patience and Bad Fit: Assessing the Impact of Affirmative Action on Women in School Administration, *Educational Researcher*, December 1999.

Essay review, Dancing on the Ceiling, *British Educational Management and Administration Society*, 1997.

They Call Me Cow.  *Educational Leadership*, October 1997, 55(2).

Essay Review, Sexual Harassment on Campus, *Journal of Just and Caring Education*, October 1997, 3(4).

Restructuring Schools to be Math Friendly to Females. *NASSP Bulletin*, February,1997 84-94 (with K. Karp).

Uniforms in Schools.  *Newsday Op Ed.*  New York, March 1996.

Gendered Leadership Styles in Educational Organizations.  *Gender and Changing Educational Management*.  Second Yearbook of the Australian Council for Educational Administration.  Hodder Education Press, 1995.

The Language of Power vs. the Language of Empowerment: Gender Differences in Administrative Communication. *Discourse and Power in Educational Organizations*, D. Corson (Eds.). Canada: Hampton Press, 1995 (with A. Perry).

Sexual Abuse of Students in Schools. *Phi Delta Kappan*, March 1995 (with A. Cohan).

A Cup Half Full:  The Knowledge Base in Educational Administration.  In *The Knowledge Base in Educational Administration:  Multiple Perspectives*. B. Donmoyer, M. Imber & J.J. Scheurich (Eds).  Albany: SUNY Albany Press, 1995.

Reforming Science to Help Girls. *Theory into Practice*, Spring 1995.

Forward. *Women Leading in Education*. D. M. Dunlap & P.A. Schmuck, (Eds.) SUNY Albany Press, 1995.

Peer Harassment in Schools. *Journal for a Just and Caring Education*, 1 (1), January 1995. (with E. Barber, M.A. Hergenrother, Y. Johnson, L. Mandel, J. Sawyer)

Responding to complaints of Sexual Abuse. (October, 1994) The school administrator.

Mental Rotation: Restructuring Schools to be Math Friendly to Females. *Kentucky Council of Teachers of Mathematics Journal*, 1994 (with K. Karp).

Women in Urban Education. *Urban Education* (Ed.) 28(4), January 1994.

Women in Educational Management in the U.S. In *Women in Education Management*, J. Ouston, (Ed.). London: Longman, 1993.

Meeting the Educational Needs of Female Students. In *Handbook of Schooling in Urban America*, S. Rothstein, (Ed.). Westport, CT: Greenwood, 1993.

Preparing Tomorrow's School Leaders: The Hofstra Experience, *Preparing Tomorrow's Schools Leaders: Alternative Designs*, J. Murphy, (Ed.). UCEA Monograph, 1993.

Gender Equity in Education. *The Social Context of Education: Administration in a Pluralistic Society*. C. Capper, (Ed.). Albany: SUNY Albany Press, 1993.

Sexism and Racism in Research Methods. *Encyclopedia of Educational Research*. New York: Macmillan Publishing Company, 1992 (with K. Karp and P. Campbell).

*Encyclopedia of Educational Research*. Section Editor, 6th edition. New York: Macmillan Publishing Company, 1992.

Sexuality and the Curriculum: Administrators as Barriers to Change. In *Sexuality and the Curriculum*. J. Sears, (Ed.). Teachers College Press, 1992.

Sexuality and Sexism in Schools: How should educators be prepared? In *Sex Equity and Sexuality in Education*, S. Klein, (Ed.). Albany: SUNY Press, 1992 (with M. Sadker and D. Sadker).

The "New" Revolution in Administrative Theory. *The Journal of Educational Administration*, (with R. Owens) 30(2), 1992.

Gender and Supervision. Reprinted in *Education Digest*, February 1992 (with I. Nowell, A. Perry).

Gender and Supervision. *Theory into Practice*, February 1991 (with I. Nowell and A. Perry).

Gender and Supervision. *Hofstra Horizons*, Fall 1991.

Administrative Preparation for Equity. *Leadership, Equity, and School Effectiveness*. Newbury Park, CA: Sage Publications, 1990.

The Gender Gap in Research in Educational Administration. *Educational Administration Quarterly, 25*(3), 1989.

*Women in Educational Administration*. Second printing, New introduction, prologue, Newbury Park, CA: Sage Publications, 1989. (3rd printing, 1991, 4th printing 1993, 5th printing 1995).

A History of Thought and Practice in Educational Administration. *Educational Administration Quarterly, 25*(3), 1989.

A Gender at Risk. *Kaleidoscope: Readings in Education*, Ryan and Cooper (Eds.), New York: Houghton Mifflin, 1988.

The Equitable Distribution of Education: Are We Reproducing our Own Oppression? *Ethics in Education*, Spring 1988.

Women in Educational Administration: Implications for Training. *Leaders for America's Schools*, San Francisco: McCutchan Publishing, 1988.

Sex, Sexism and the Preparation of Educators. *Peabody Journal of Education. 64*(4), 1987 (with M. and D. Sadker).

*Women in Educational Administration*. Beverly Hills, CA: Sage Publications, Inc., 1987.

The Relationship between Student Achievement and Educational Expenditures: A Meta-Analysis. *Journal of Education Finance*, 1987 (with S. Childs).

Theory in a Changing Reality. *Journal of Educational Equity and Leadership*, *7*(1), Spring 1987.

The Training of Women Administrators. *Teacher Education Quarterly*, Spring 1987.

Business as Usual. *Metropolitan Education*, Winter 1986, (with R. Trachtman). A Female Organizational Culture. *Education Digest*, September 1986.

Methodological Issues in Researching Women in Educational Research: The Legacy of a Century. *Educational Researcher*, June/July 1986.

A Female Organizational Culture. *Educational Horizons 64*(3), Spring 1986.

Androcentric Bias in the *Educational Administration Quarterly*. *Educational Administration Quarterly*, *22*(1), Winter 1986 (with M. Hanson).

A Gender at Risk. *Phi Delta Kappan*, March 1986 (also guest editor for this issue).

Guidelines for Eliminating Race and Sex Bias in Educational Research. *Educational Researcher*, July 1985 (Committee).

Strategies for Overcoming Barriers to Women Administrators. *Handbook for Achieving Sex Equity Through Education*. The John Hopkins University Press, 1985.

The New Scholarship on Women in Education. *Handbook for Achieving Sex Equity Through Education*. The John Hopkins University Press, 1985 (with S. Biklen).

A Telephone Survey is Timely, Cheap and Accurate. *Journal of Educational Public Relations*, Winter 1985 (with P. Gardner).

Research on Theories, Concepts, and Models of Organizational Behavior: The Influence of Gender. *Issues in Education*, Vol. II, No. 3, Winter 1984 (with I. Nowell).

The Influence of Gender in the Selection of Secondary School Principals. *Integrateducation*, July 1984 (with C. Bonuso).

Preparing Women to be School Administrators. *Phi Delta Kappan*, September 1984 (with A. Gilligan, D. Pierce).

The Failure of Theory in Educational Administration:  A Methodological Critique.
*Eastern Education Journal*, Vol. XVI, No. 3, Spring 1984.

Declining to Close Schools:  Alternatives to Standard Approaches of Coping with
Enrollment Decline.  Reprinted in *Standard Educational Almanac*, 16th Edition,
1983.

Declining to Close Schools:  Alternatives to Standard Approaches of Coping with
Enrollment Decline.  *Phi Delta Kappan*, March 1983 (with D. Gardner).
Equity in a Cold Climate:  New Challenges for Women and AERA.  *Educational
Researcher*, March 1983 (with AERA Women's Committee).
Book Review.  Career Patterns in Education:  Women, Men and Minorities in
Public School Administration.  *Contemporary Sociology*, March 1983.
Sampling:  Issues and Problems in Sex Role and Social Change Research.

Methodological Issues in Sex Role and Social Change Research.  Praeger, 1983 (with
D. Gardner).

*Declining Enrollment*:  A Report and Manual on Declining Enrollment.  Eric
Document; Hofstra University Report, 1982.

Women in Public School Administration:  A Descriptive Analysis of Dissertation
Research and Paradigm for Future Research.  *Educational Policy and
Management:  Sex Differentials*.  P. A. Schmuck, W. W. Charters, Jr., and R. O.
Carlson (eds.).  New York:  Academic Press, 1981.

Women's "True" Profession:  Voices from the History of Teaching, A Teaching
Manual.  New York:  McGraw-Hill/Feminist Press, 1981.

Women in Academic Administration:  A Synthesis of Findings and Paradigm for
Future Research.  *Evaluation in Education:  An International Review Series*, Vol.
4, No. 1, 1980 (with J. F. McNamara).

Toward a Divine Discontent:  Perspectives on Achievement of Gifted Women.   *Gifted
Child Quarterly*, Winter 1978 (with P. Palmieri).

Life After Eighteen:  Is Anyone Prepared?  *Independent School Bulletin*, May        1976
(with P. Palmieri).

Up the Front Staircase:  A Proposal for Women to Achieve Parity with Men in the Field
of Educational Administration.  *Journal of the National Association of Women
Deans, Administrators and Counselors*, Winter 1976 (with P. Palmieri).


## PRESENTATIONS AND PEER REVIEWED PAPERS

*Sexual Abuse of Female Students in U.S. K-12 Schools.*  Paper presented at the Sixth
Women Leading in Education International Conference. Rio de Janiero, Brazil,
July 2017.

*Are civil lawsuits a useful fool for changing school policies and practices to prevent
educator sexual misconduct.*  Paper presented at the annual meeting of Law and

Society.  Mexico City, June 2017.

*Preventing Sexual Abuse of Students.*  Paper presented at the annual meeting of the International Family Violence and Child Victimization Research Conference. Portsmouth, New Hampshire:  July 2016.

*Sexual Violence and the Law:  State Legal Responses to Preventing Trusted Other Sexual Abuse of Students:  Do Legislators Care?*  Paper presented at the annual meeting of Law and Society.  New Orleans:  June, 2016.

*Sexual Violence on Campus,* Forum on Guns and Campus Violence in Higher Education, Paper presented at the annual meeting of the American Educational Research Association, Washington, D.C.: April 11, 2016.

*The Intersection of Race and Gender to Superintendent Stress, Early Trauma, Coping Responses, and Health Conditions.*  Paper presented at the annual meeting of the American Educational Research Association, Washington, D.C.: April 9, 2016 With Kerry Robinson.

*Mid-term Race and Gender Findings on the Superintendency.*  Paper presented at the annual meeting of the American Association of School Administrators, Phoenix: February 13, 2016.  With Kerry Robinson and Margaret Grogan.

*Superintendent Stress and Health in Context: The Relation of Gender, Race and District-Level Variables.*  Paper presented at the annual meeting of the University Council for Educational Administration, November 22, 2015.  With Kerry Robinson.

*Looking at Superintendent Stress, Health, and Well-Being Through a Gendered Lens.* Paper presented at the 5th Convening of women Leading Education Across Continents, The University of Waikato, Hamilton, New Zealand. September 2015.

*Relationships Between Superintendent Stress and Superintendent Health: Gender and Race Comparisons.* Paper presented at the annual meeting of the American Education Association. Chicago: April 19, 2015. With Kerry Robinson.

*The Relationship Between Teachers' Levels of Cultural Competence and the Nomination of Culturally and Linguistically Diverse Students for Gifted Identification.* Paper presented at the annual meeting of the American Education Association.  Chicago:  April 18, 2015.  With Patrice C. Wilson.

*How Support Systems Determine a Woman Superintendent's Tenure,*  Paper presented at the annual meeting of the American Education Association.  April 3, 2015, Philadelphia, with Kerry Robinson.

*Teacher Mentoring in an Urban Environment:  Black Mentors and White Teachers.* Paper presented at the annual meeting of the American Education Association. Philadelphia, April 6, with Wendy Moss,

*Identifying Organizational Containment and its Impact On the Career Paths of Black Educational Leaders.*  Paper presented at the annual meeting of the University Council for Educational Administration, November, 2014.  (With Risha Berry).

*The Efficacy of Simulations for Leadership Preparation.*  Paper presented at the annual

conference of the International Congress for School Effectiveness and Improvement.  Yogyakarta, Indonesia: January 2014.  (with Dale Mann).

*Women Leaders:  The Price Paid.* Paper presented at the Fourth International Conference, Women Leading in Education (WLE).  Apam, Ghana: September 2013. (Written with Kerry Robinson).

*Mentoring Teachers in an Urban Environment:  Black Mentors and White Mentees.* Paper presented at the annual conference of the University Council for Educational Administration. Indianapolis, November, 2013.  (With Wendi Moss)

*Creating Community Through the Use of Simulations.*  Paper presented at the annual conference of the University Council for Educational Administration.  Indianapolis, November 2013.  (With Dale Mann)

*Stranger in a Strange Land:  The Perils that Lack of Community Bring to Women Superintendents.*  Paper presented at the annual conference of the University Council for Educational Administration.  Indianapolis, November 2013.  (With Kerry Robinson)

*Women Superintendents:  The Stories of Stayers, Movers, and Leavers.*  Paper presented at the annual meeting of the American Education Association.  San Francisco, April 13.  with Kerry Robinson.

*Developing Leaders to Support Diverse Learners Curriculum Module.*  Paper presented at the annual meeting of the University Council for Educational Administration, Denver, November 2012

*The Effectiveness of Simulation-based learning in a Principal Preparation Program.*  Paper presented at the annual meeting of the American Educational Research Association, Vancouver, British Columbia, Canada: 2012.

*Project All: An Authentic Leadership Preparation Program.*  Paper presented at the Annual Meeting of the University Council for Educational Administration.  Pittsburgh: November 2011.

*Immersive, Interactive, Web-Enabled Computer Simulation as a Trigger for Learning.*  Paper presented at the Annual Meeting of the University Council for  ducational Administration.  Pittsburgh: November 2011.

*The Feminist  Enlightenment:  Unconscious Leadership Made Transparent.*  Paper presented at the Women Leading in Education Conference.  Volos, Greece: September 2011.

*A Year in the Life of a Principal:  An Immersive, Interactive, and Web-enabled Computer Simulation.*  Paper presented at the annual meeting of ICET World Asssembly.  Glasgow, Scotland: July 2011.

*Women Superintendents: Builders, Menders, and Sustainers.*  Paper presented at the annual meeting of the American Educational Research Association, New Orleans:  April 2011.

*Women Superintendents: Builders, Menders, and Sustainers.  Paper presented at the annual meeting of the University Council for Educational Administration.*  New Orleans:  2011.

*Using Simulations to Increase Learning.* Paper presented at the annual meeting of the ICSEI. Cypress: January 2011

*The Role of School Principals in Implementation of Response to Intervention in the Commonwealth of Virginia,* Paper presented at the annual meeting of the American Educational research Association. Denver, CO: May 2010.

*Women Leading.* Paper presented at the University of Cincinnati, Conference on Women Leaders. Cincinnati, Ohio: May 2010.

*Teachers as Predators.* Paper presented at the Samuel I. Hicks Executive-in-Residence Conference. Athens, Ohio, Ohio University: April 2010.

*School Matters: An Immersive, Interactive Computer Simulation for Preparation of School Leaders ("Project ALL").* Paper presented at the annual meeting of the International congress for School Effectiveness and Improvement. Kuala Lumpur, Malaysia: January 2010.

*Gender and Educational Change.* Paper presented at Gender and Education – Towards New Strategies of Leadership and Power. Augsburg, Germany: September 2009.

*VCU Story.* Paper presented at the annual meeting of the University Council for Educational Administration. Anaheim, CA: November 2009.

*International Status of Women Leaders*: Paper presented at the annual meeting of the University Council for Educational Administration. Anaheim, CA: November 2009.

*The Role of Legislation in Preventing Educator Sexual Misconduct,* Paper presented at the annual meeting of the American Educational Research Association. San Diego: April 2009.

*The Relationship of Ubiquitous Computer Use, Teacher Behavior, and Students Achievement: A Longitudinal Study of Henrico County Virginia Public School's Laptop Computing Initiative: 2005-06 to 2007-08.* Paper presented at the Annual Meeting of the American Educational Research Association. San Diego: April 2009

*Conscious Leadership in a Political World,* Annual Meeting of the University Council for Educational Administration. Orlando, Florida, November 2008. (With M. Grogan).

*Towards a More Robust Notion of Collective Leadership in Education.* Paper presented a CCEAM, Durban, South Africa, September 2008. (With M. Grogan)

*Women Leading Across Continents.* Paper presented at the American Educational Research Association Annual Meeting. New York, March 2008.

*International Perspectives on Gender and Leadership.* Paper presented at the Annual Meeting of ICSEI. Auckland, New Zealand. January 2008.

*Conscious leadership in a Political World.* Paper presented at the International Conference on Women and Leadership. Rome, Italy, July 2007.

*Beyond Self-Report: Using Technology to Evaluate the Use of Technology in Schools and Classrooms.*  Paper presented at the American Educational Research Association Annual Meeting.  Chicago, April 2007. (with J. Becker and D. Mann)

*The Feminist Case Against Bureaucracy.*  Paper presented at the American Educational Research Association Annual Meeting, San Francisco, April 2006.

*College Student Learning Using Technology.*  International Conference on College Students in the New Era of Globalization, Taiwan, November 2006.

*A Decade of Research on Women in School Administration*, Pennsylvania Association of School Administrators, Hershey, PA: May 2005.

*Gender and Administration*, Paper presented at the American Educational Research Association Annual Meeting, Montreal, April 2005.

*Preventing Educator Sexual Misconduct: The Politics of Research, Policymaking and Implementation***,** Paper presented at the American Educational Research Association Annual Meeting, Montreal, April 2005.

*Gender and Administration*, Paper presented at the American Educational Research Association Annual Meeting, Montreal AERA Annual Meeting, Montreal, April 2005**.**

*Educator Sexual Misconduct*, International Congress for School Effectiveness and Improvement, Barcelona, Spain, January 2005.

Gender and Leadership.  Paper presented at the American Educational Research Association Annual Meeting, San Diego, April 2004.

Educator Sexual Misconduct; CAPS, September 2003

*The Pool of African American Superintendents*.  Paper presented at the Annual Meeting of the American Educational Research Association: Chicago, April 2003.

*Educator Sexual Abuse*, Keynote Address Presented at the Nevada Coalition Against Sexual Violence 2003 Annual Conference, February 2003.

*Measuring the Effects of Technology:  What Can We Say?*  Paper presented at the Annual Meeting of the American Educational Research Association.  Seattle, WA: April 2001.

*Issues in Evaluating Learning Technology.*  Paper presented at the annual meeting of the International Congress for School Effectiveness and Improvement, Hong Kong*:* January 2000.

*Taking Stock of the Effects of Affirmative Action.*  Keynote Address.  SIG: Research on Women in Education.  Hofstra University, November 1999.

*Evaluating the Effects of Technology on Achievement*.  Keynote address, Connected Learning Conference, Melbourne Australia, August 1999.

*Comparative Approaches to Educational Leadership Preparation in the Metropolitan Area.* Paper presented at the annual meeting of the American Educational Research Association.  Montreal: April 1999.

*The Boundaries of Empirical Research in Advocacy*.  Paper presented at the annual meeting of the American Educational Research Association.  Montreal: April

1999.

*Environmental Science Education and Issues of Social Justice: Encouraging Minority Girls in Science.*  Paper presented at the Annual meeting of the American Educational Research Association.  Montreal: April 1999.

*Women and Leadership in the 21st Century: Do it Anyway, Gaining Access.*  Paper presented at the Annual meeting of the American Educational Research Association.  Montreal: April 1999.

*Technology and Equity: Considering Possibilities and Educational Importance.*  Paper presented at the Annual meeting of the American Educational Research Association.  Montreal: April 1999.

*Stopping Peer Harassment in Middle Schools.*  Paper presented at the annual meeting of the Association for Supervision and Curriculum Development.  San Francisco: March 1999.

*Guidelines for Assessing Technology: Implementation and Outcomes.*  Paper presented at the annual meeting of the Association for Supervision and Curriculum Development.  San Francisco, March 1999.

*Guidelines for Assessing Technology: Professional Development, Implementation, Student Achievement, and Teacher Outcomes.* Paper presented at the annual meeting of the American Association of School Administrators, February 1999.

*Stopping Peer Harassment in Schools: Steps for Creating Caring Communities.*  Paper presented at the annual meeting of the Association for Supervision and Curriculum Development, March 1999.

*Evaluating the Effects of Technology.*  Paper presented at the annual meeting of the Association of Supervision and Curriculum Development.  March 1999.

*They Call Me Cow.*  Paper presented at the annual meeting of the American Educational Research Association, San Diego: April 1999.

*Societal Ambivalence Toward Women Administrators:  Historical Events and Their Impact on the Representation of Women in School Administration in the United States.*  Paper presented at the annual meeting of the American Educational Research Association, San Diego: April 1998.

*Transition into Middle School: The Harassing Nature of Adolescent Culture.*  Paper presented at the annual meeting of the American Educational Research Association, San Diego: April 1998.

*The Struggle to Create a More Gender Inclusive Profession.*  Paper presented at the annual meeting of the American Educational Research Association, San Diego: April 1998.

*The Role of Search Consultants in the Career Paths of Women Superintendents.*  Paper presented at the annual meeting of the American Educational Research Association, San Diego: April 1998.

*Peer Harassment and the Culture of Schooling: What Administrators Need to Know.*  Paper presented at the annual meeting of the American Educational Research Association, Chicago, March 1997.

*Collecting and Analyzing Qualitative Data: Emerging Issues.*   Paper presented at the annual meeting of the American Educational Research Association, Chicago, March 1997.

*Sexual Harassment Policies in Schools, Did We Use the Right Model?*  Paper presented at the annual meeting of the American Educational Research Association, Chicago, March 1997.

*Peer Harassment Changing the Culture of Middle Schools.*   Paper Presented at the Annual Meeting of the Association for Supervision and Curriculum Development. Baltimore, March 1997.

*Leadership in Program Development: Rethinking an Administrator Preparation Program.*  Paper presented at the annual meeting of the American Council of Teachers of Education, Phoenix, February 1997.

*How to Reduce Your Liability:  Stopping Sexual Harassment of Students.*  Paper presented at the annual meeting of the American Association of School Administrators, Orlando, Florida, February 1997.

*Peer Harassment and the Culture of Schooling: What Administrators Need to Know.*  Paper presented at the annual meeting of the University Council of Educational Administration, Louisville, Kentucky, October 1996.

*How Far Have We Come?: Affirmative Action in the 1990s.*  Paper presented at the Annual Meeting of the American Educational Research Association, New York, April 1996.

*Peer Harassment and the Culture of Caring.*  Paper presented at the Annual      Meeting of the American Educational Research Association, San Francisco, April 1995.

*Children's Attitudes Toward Families:  An International Comparison.*  Fourth International Symposium.  Tokyo, Japan, December 1994.

*Conceptions of Community:  Peer Harassment and the Culture of Caring in the Schools.*  University Council for Educational Administration Annual Meeting. Philadelphia, Pennsylvania, October 1994.

*Equity in Personnel Evaluation.*  Paper presented at the Annual Meeting of the American Educational Research Association.  New Orleans, April 1994.
   *Faculty Evaluation and Equity.*  Paper presented at the Annual Meeting of the American Educational Research Association.  New Orleans, April 1994.

*Tailhook in the Schools.*  Paper presented at the Annual Meeting of the American Educational Research Association.  New Orleans, April 1994.

*Sexual Abuse in Schools.*  Paper presented at the annual meeting of the International Congress for School Effectiveness and School Improvement. Melbourne, Australia, January 1994.

*A Curriculum of the Home.*  Paper presented at the annual meeting of the NAEYC, November 1993.

*Tailhook in the Schools.*  Paper presented at the annual meeting of the SIG:RWE.  Toledo, November 1993.

*Protecting Students from Sexual Abuse.*  Paper presented at the annual meeting of

UCEA.  Houston, October 1993.

*Sexual Abuse of Students by Educators*.  Paper presented at the annual meeting of the
SIG:RWE of AERA.  Penn State, November 1992.

*Recasting the Preparation Agenda*.   Paper presented at the annual meeting of  UCEA.
Minneapolis, October 1992.

*How Schools Shortchange Girls*.  Paper presented at the annual meeting of  UCEA.
Minneapolis, October 1992.

*Sexual Abuse of Students by Educators*.  Paper presented at the Annual meeting       of
the Organization for the Study of Communication, Language and Gender.
Hofstra University, October 1992.

*Deconstructing the Erected Hierarchy*:  *Sex and Power in Organizations*.  Paper
presented at the annual meeting of the American Educational Research
Association.  San Francisco, April 1992.

*International Perspectives on Girls and Schooling*.  Paper presented at the annual
meeting of the International Congress for School Effectiveness.  Victoria,
Canada, January 1992.

*A Cup Half Full:  The Knowledge Base in Educational Administration*.  Paper
presented at the annual meeting of the American Education Research
Association.  Chicago, April 1991.

*Early Childhood Education and the Preparation of School Administrators*.  Paper
presented at the annual meeting of the National Association for the Education of
Young Children.  Washington, DC, November 1990.

*Field Experiences in the Preparation of School Administrators*.  Paper presented at the
annual meeting of the University Council for Educational Administration.  Pittsburgh,
October 1990.

*In Loco-Parentis: Sexual Abuse in Schools*.  Paper presented at the annual meeting of the
American Educational Research Association.  Boston, April 1990.

*You Never Told Me This Would Happen:  Experiences of First Year Principals*.
Paper presented at the annual meeting of the University Council for
Educational Administration.  Phoenix, October 1989.

*Sex, Sexism and the Preparation of Teachers and Administrators*.  Paper  presented at
the annual meeting of the American Educational Research Association.  San
Francisco, March 1989.

*Sex Abuse by Teachers and Administrators:  What Happens to the Abuser*?  Paper
presented at the annual meeting of the SIG, Research on Women, American
Educational Research Association. Hofstra University, November 1988.

*Research in Preparation Programs in Educational Administration*, Paper  presented at
the annual meeting of the University Council of Educational Administration.
Cincinnati, October 1988.

*Styles of Leadership*.  Paper presented at the annual meeting of the American
Educational Research Association.  New Orleans, April 1988.

*The Woman in the Principal's Office*.  Paper presented at the 30th anniversary

conference of UCEA.  Charlottesville, Virginia, October 1987.

*Training Women to be School Administrators.*  Paper presented at the annual conference of NCPEA.  Chadron, Nebraska, August 1987.

*Organizational Theory and Women:  Where are We?*  Paper presented at the annual meeting of the American Educational Research Association.  Washington, D.C., April 1987.

*Theoretical Implications of Gender for Organizational Theory.*  Paper presented at the annual meeting of the SIG:RWE, American Educational Research Association.  Washington, D.C., November 1986.

*Race and Sex Bias in Research Methodology.*  Paper presented at the SIG:RWE, American Educational Research Association.  Washington, D.C., November 1986.

*Teaching as a Radical Profession.*  Paper presented at the annual meeting of the National Women's Studies Association.  University of Illinois, June 1986.

*Business as Usual:  Exploring Private Sector Participation in American Public Schools.*  Paper presented at the annual meeting of the American Educational Research Association.  San Francisco, April 1986.

*Reality in a Changing Theoretical Context.*  Paper presented at the annual meeting of the American Educational Research Association.  San Francisco, April 1986.

*Teaching as a Radicalizing Experience.*  American Educational Research Association, SIG:RWE Mid-year Conference.  Boston, October 1985.

*Reality in a Changing Theoretical Context.*  American Educational Research Association, SIG:RWE Mid-year Conference.  Boston, October 1985.

*What is a Family:  Alternative Conceptualizations of Families for Women.*  Paper presented at the annual meeting of the American Educational Research Association.  Chicago, April 1985.

*The Feminization of Educational Research:  Causes and Effects.*  Paper presented at the annual meeting of the American Educational Research Association.  Chicago, April 1985.

*Methodological and Conceptual Bias in Selected Theories of Organizational Behavior.*  Paper presented at the annual meeting of the American Association of School Administrators.  Dallas, March 1985.

*The Relationship between Dissertation Quality and Residency Experiences.*  Paper presented at the National Conference of Professors of Educational Administration.  University of Maine, August 1984.

*Eliminating Race and Sex Bias in Educational Research.*  Paper presented at the annual meeting of the National Women's Studies Association Annual Conference.  Rutgers University, June 1984.

*Herland on the Frontier:  A 19th Century Women's Community in Texas.*  Paper presented at the Berkshire Conference of Women Historians.  Smith College, June 1984.

*Training Women to be Educational Administrators.*  Paper presented at the Second

International Women's Research Conference.  Gronigen, Holland, April 1984.

*The Feminist Professional.*  Paper presented at the annual meeting of the American Educational Research Association.  New Orleans, April 1984.

*Are there Interpersonal Conflicts Between Male and Female Educational Researchers*?  Paper presented at the annual meeting of the American Educational Research Association.  New Orleans, April 1984.

*Does Dissertation Research Have Anything to do with Scholarship*?  Paper presented at the annual meeting of the American Educational Research Association.  New Orleans, April 1984.

*Toward a Reconstruction of Organizational Theory:  Androcentric Bias in Selected Theories of Organizational Behavior.*  Paper presented at the annual meeting of the American Educational Research Association.  Montreal, Canada, April 1983.

*Androcentric Bias in Selected Leadership Theories.*  Paper Presented at the American Educational Research Association SIG:  Research on Women in Education Midyear Conference.  Philadelphia, November 1982 (with I. Tietze).

*Herland on the Frontier:  Community Among Women.*  Paper presented at the National Women's Studies Association Annual Meeting.  U. of California at Humboldt, June 1982.

*The Influence of Gender in the Selection of Secondary School Principals.*  Paper presented at the American Educational Research Association Annual Meeting.  New York, March 1982.

*Evaluation of a Training Program for Women in Educational Administration:  Implications for Future Training.*  American Educational Research Association Annual Meeting.  New York, March 1982.

*Androcentric Bias in the Educational Administration Quarterly.*  American Educational Research Association Annual Meeting.  New York, March 1982.

*Toward a Reconstruction of Organizational Theory:  Androcentric Bias in A. H. Maslow's Theory of Human Motivation and Self Actualization.*  Paper presented at the annual meeting of the American Educational Research Association.  New York, March 1982 (With I. Tietze).

*A Research Framework for Studying Schools as Work Settings for Women Leaders.*  Paper presented at the annual meeting of the American Educational Research Association.  New York, March 1982.

*Race and Sex Bias in Social Science Research Methods:  Problems and Issues.*  Paper presented at the annual meeting of the American Educational Research Association.  Los Angeles, April 1981.

*A Feminist Critique of Feminist Research in Educational Administration.*  Paper presented at the annual meeting of the American Educational Research Association.  Los Angeles, April 1981.

*A Feminist Approach to Research on Women:  An Evaluation of Present Methodology in Education and a Paradigm for Future Research.*  National Paper presented at the annual meeting of the Women's Studies Association.  Bloomington, Indiana,

May 1980.

*Educational Programs for the Gifted as Viewed by Female Participants.*  Paper presented at the annual meeting of the National Women's Studies Association.  Bloomington, Indiana, May 1980.

*Research on Women in Educational Administration:  The Feminist is the Scholar.*  Paper presented at the annual meeting of the American Educational Research Association SIG:  Research on Women and Education.  Cleveland, Ohio, November 1979.

*The Feminist is the Scholar.*  Paper presented at the annual meeting of the National Women's Studies Association.  Lawrence, Kansas, June 1979.

*Archetypes in Children's Fiction.*  Paper presented at the annual meeting of the South Central Modern Language Association.  Houston, Texas, October 1978.

*Introducing Women's Studies into the K-12 Curriculum:  A Decision Model.*  Paper presented at the annual meeting of the South Central Women's Studies Association.  Fort Worth, Texas, June 1978.

*Enhanced Sex-Role Awareness:  Experience in Simulated Role Reversal.*  Paper presented at the annual meeting of the American Personnel and Guidance Association.  Washington, D.C., March 1978.

*Toward a Divine Discontent:  Counseling Gifted Women.*  Paper presented at the annual meeting of the National Association of Women Deans, Administrators, and Counselors Conference.  Denver, April 1977.


## INVITED TALKS AND WORKSHOPS

*Preventing Educator Sexual Misconduct:  Crossing Boundaries, Risks, and Vulnerabilities.*  Set of 6 workshops given to staff at Chappaqua Central School District, Chappaqua, New York, December 6 – 8, 2017.

*How big is the problem:  Analysis of prevalence of school employee sexual abuse,* MassKids, Boston, Mass:  October 20, 2017.

*Stopping Educator Sexual Abused,* Washington School Risk Management Pool Conference. Seattle:  October, 2016.  Keynote.

*Preventing Educator Sexual Misconduct.*  Education Writer's Association.  Boston, MA:  May 2016.

*Keeping Students Safe:  Title IX and Sexual Misconduct.*  Education Law Symposium.  Virginia Commonwealth University.  May, 2016.

*Educator Sexual Misconduct and Title IX Regulations.*  Virginia Commonwealth University.  School of Education.  January, 2016.

*Gender Equity: Still Needed After All these Years.*  Lynchburg, VA, Regional WELV Forum, Lynchburg, VA:  October 12, 2013

*Preventing Educator Sexual Misconduct,* Sexual Abuse Prevention Network, Minneapolis, December 2006.

*Educator Sexual Misconduct,* MICDS School, St. Louis, November 2006.

*Educator Sexual Misconduct,* CAPS, Long Island, October 2006.

*Preventing Educator Sexual Misconduct.* Greenburgh, New York School District
Workshop to teaching faculty.  June 2006.

*Helping Student Teachers Understand Boundaries.* Workshop given to Hofstra
University teacher student teacher supervisors.  May 2006

*Women in School Administration*, Pennsylvania Association of School Administrators,
Hershey, PA, May 2005

*Sexual Abuse by a Person in a Position of Trust,* Garden City AAUW Chapter, March
2005.

*Using Data to Make Decisions.* Oceanside School District Administrators, February
2005.

*Sexual Exploitation of Children within Organizations.* U.S. Department of Justice
Conference,  February 2005.

*Sexual Abuse of Children by an Authority Figure***.** U.S. Conference of Catholic Bishops
Victim Assistance Meeting.  Los Angeles, January 2005.

*Developing a Common Data Vocabulary*.  Using Data for Informed Instruction, Hofstra
University, January 2005.

*Educator Sexual Misconduct.* National Association of State Directors of Teacher
Education and Certification,  November 2004.

*Sexual Abuse of Students in Schools.* Persistently Safe Schools Conference, Hamilton
Fish Foundation, Washington, D.C., October 2004.

*Educator Sexual Misconduct.* Educator Sexual Misconduct Conference.  Hofstra
University, September 2004.

*Peer Sexual Harassment,* Town of North Hempstead, Annual Committee Against
Family Violence Conference, Keynote, October 2004.

*Educator Sexual Abuse*, CAPS, September 2003.

*Educator Sexual Abuse*, Keynote Address Presented at the Nevada Coalition Against
Sexual Violence 2003 Annual Conference, February 2003

*Superintendent's Guide to Technology Evaluation.* Superintendents' Technology
Summit.  Fort Lauderdale, Florida, May 1, 2001.

*Total Cost of Ownership Studies:  How Much Does Your Technology System Really
Cost?* Superintendents' Technology Summit.  Fort Lauderdale, Florida, 30 April,
2001.

*Stopping Bullies.* Syosset ISD Parents' Council.  April, 2001.

*Gender Issues in Parenting.* Parents' Place.  Mohegan Lake School District.  April
2001.

*Women's Life Stages:  Developing Balance.* American Association of University
Women.  Long Island Branch Annual Meeting.  March 2001

*Growth in Adolescent Girls.* Sister to Sister Conference.  Hofstra University, November
1999.

*Stopping Peer Harassment.*   Great Neck Public Schools Professional Development

Day, November 1999.

*Gender and Communication: Getting the Message Across*.  Long Island Business and
Professional Women Conference.  October 1999.

*Peer Harassment: The Educator's Response*.  New York State Counseling Association
Annual meeting.  Albany, New York: October 1999.

Keynote Address, West Islip Public Schools Professional Development Day, June 1997.

*Women and Leadership*, University of Nebraska Summer Leadership Symposium, June
1997.

*Sexual Harassment in Schools*, Great Neck Union Free School District, April 1997.

*Sexual Harassment in Schools*, Phi Delta Kappan Workshop, Brookline, MA, April 1997.

*Gender Equity,* My Sisters' Place Keynote.  Benefit for battered women and children's
shelter, March 1997.

Sexual Harassment Workshops, Horace Mann School, March and May 1997.

Diversity Workshop, Jefferson County Administrators Association, Jefferson, County,
Colorado, February 1997.

Sexual Harassment Policy Development Workshops and Sexual Harassment Staff and
Faculty Training, The Edwin Gould Academy and the Ramapo UFSD, January -
August 1997.

Sexual Harassment Workshops, Berkeley Unified School District, Berkeley, California,
August, September, November 1996.

*Early Childhood Gender Issues*, Greenwich Connecticut Early Childhood Conference,
October 1996.

Keynote Speaker, *Sexual Harassment*, Superintendent's Day Conference, Rhinebeck,
New York, October 1996.

Keynote Address, *Gender and Schooling*, Colorado Association of School Executives,
August 1996.

Sexual Harassment Workshops, Morristown-Beard School, Morristown, New Jersey,
November 1996.

*Stopping Sexual Harassment*.  Lakeview School District, Battle Creek, Michigan, April
1996.

*Gender and Schooling*. Port Jefferson, New York, March 1996.

*Gender and Schooling*.  Chatham, New Jersey, March 1996.

*Changing Peer Culture*.  Ryebrook School District, April 1996.

*Gender and Schooling*.  Five workshop series.  Ridgewood, New Jersey.  1995-1996.

*Gender and Schooling*.  Jones Distinguished Lecture.  Emporia State College, Emporia,
Kansas, February 1996.

*Women in Leadership*.  AASA, Minnesota, December 1995.

*Gender and Schooling*.  Mount Olive School District.  New Jersey, October 1995.

*Gender and Schooling*.  Eastwoods School.  New York, October 1995.

*Gender and Leadership*.  Canadian School Administrators, September 1995.

*Gender and Schooling*, Robert Louis Stevenson School, Pebble Beach, California,
August 1995.

*Gender and Schooling, Leadership:  An Evolving Vision*, Harvard Principal's Center
    Summer Institute, July 1995.
*Gender and Schooling, The Art and Craft of the Principalship*, Harvard Principal's
    Center Summer Institute, July 1995.
*Gender and Leadership*, Department of Defense, Washington, DC, July 1995.
*Gender and Leadership*, AASA Institute, Burlingame, California, June 1995.
*Gender and Schooling*, Mountain Lakes Public Schools, New Jersey, May 1995.
*Gender and Leadership*, Bergen County New Jersey Region IV Directors of Special
    Services Annual Meeting, May 1995.
*Gender and Schooling*, River Dell Regional High School, New Jersey, May 1995.
*Sexual Abuse in Schools*, Westchester Planned Parenthood, April 1995.
*Gender and Leadership*, Kansas ASCD, Lawrence, April 1995.
*Gender and Schooling*, Rye City School District, April 1995.
*Gender and Schooling*, Manhasset Teachers' Center, Four session workshop,
    February-May 1995.
*Gender and Schooling*, Glen Rock School District, March 1995.
*Gender Bias*, Nassau County Council of School Superintendents, March 1995.
*Peer Harassment*, Mamaroneck-Larchmont PTA, March 1995.
*Leadership Institute for Women*, AASA, Seattle, March 1995.
*Gender and Leadership*, AASA Distinguished Lecture, New Orleans, February 1995.
*Gender and Leadership*, Denville, New Jersey School District, February 1995.
*Sexual Harassment*, Two Day Workshop, Central Montcalm Public Schools, Stanton,
    Michigan, January 1995.
*Gender and Schooling*, R.C. Murphy Junior High School, Three Village School District,
    January 1995.
*Gender and Schooling*, Lloyd Harbor School, Cold Spring Harbor, New York, January
    1995.
*Peer Harassment*, Institute for Educational Dialogue, Nassau BOCES, January 1995.
*Gender and Schooling*, West Side School, Cold Spring Harbor School District,
    November 1994.
*Gender and Leadership*, Federation of Women Teachers, Toronto, November 1994.
*Sexual Harassment*, AASA, Vermont, November 1994.
*Sexual Harassment*, Smithtown School District, November 1994.
*Sexual Harassment*, AASA, Atlanta, Georgia, November 1994.
*Gender and Leadership*, New Jersey School Administrators and School Board Annual
    Conference, October 1994.
*Gender and Schooling*, Stratford School District, Connecticut, October 1994.
*Sexual Harassment*, BOCES IV, October 1994.
*Gender and Leadership*, Rochester, September 1994.
*Site Based Management*, Comsewogue, September 1994.
*Gender and Leadership*, Long Island Business Professional Women, September 1994.
*Gender and Schooling*, Cold Spring Harbor School District, September 1994.

*Sexual Harassment*, Carle Place School District, September 1994.
*Gender and Schooling*, Manhasset, September 1994.
*Gender and Schooling*, Southern Regional District, New Jersey, August 1994.
*Gender and Leadership*, Missouri Department of Education Workshops, August 1994.
*Gender and Schooling*, Harvard Administrators Institute, August 1994.
*Gender and Schooling*, IDEA, July 1994.
*Gender and Schooling*, Harvard Principal's Center, July 1994.
*Gender and Schooling*, Central Regional High School District, New Jersey, June 1994.
*Women and Leadership*, AASA Training, Charlotte, NC, April 1994.
*Gender and Schooling*, North Bellmore, NY, April 1994.
*Gender and Schooling*, Edgemont PTA, April 1994.
*Gender and Leadership*, Virginia Tech. U., April 1994.
*Gender and Schooling*, Mount Olive, NJ, April 1994.
*Stopping Sexual Abuse*, Suffolk County School Superintendents Association, April 1994.
*Gender and Leadership*, New Jersey Southern Regional School District, March 1994.
*Gender and Schooling*, Middlesex, NJ, March 1994.
*Gender and Schooling*, Manhasset PTA, March 1994.
*Gender and Schooling*, Mamaroneck PTA, March 1994.
*Women in Administration*, New York Women in Administration Conference, Albany, March 1994.
*Gender and Schooling*, White Plains School District, March 1994.
*Sexual Abuse in Schools*, BOCES I, February 1994.
*Gender and Schooling*, Port Jefferson PTA, February 1994.
*Gender and Leadership*, Annual Meeting of the American Association of School Administrators, February 1994.
*Gender Interactions in the University Classroom*, Hofstra University Law School, February 1994.
*Sexual Harassment*, Keio Academy, February 1994.
*Gender and Schooling*, Fairfield School District, January 1994.
*Gender and Leadership*, New Jersey Association of School Administrators, January 1994.
*Tailhook in the Schools*: *Sexual Abuse of Students*, Hofstra University Professional Day, January 1994.
*Gender and Schooling*, Scarsdale High School, January 1994.
*Sexual Abuse in Schools*, Katonah School District, December 1993.
*Gender and Schooling*, Huntington Unitarian Church, November 1993.
*Gender and Schooling*, Half Hollow Hills School District, October 1993.
*Gender and Schooling*, Scarsdale Teacher Center, October 1993.
*Gender and Schooling*, Scarsdale PTA, October 1993.
*Gender and Schooling*, Corning, New York School District, October 1993.
*Gender and Schooling*, New Jersey Administrative Institute, August 1993.

*Gender and Schooling*, 4-Day Workshop, Marymount College, June 1993.

*Parenting a Girl*, National Mother's Center Conference, June 1993.

*Women and Leadership*, North Dakota Leadership Conference, June 1993.

*Gender and Schooling*, Half Hollow Hills School District, April 1993.

*Women and Leadership*, California School Administrators, April 1993.

*Graduate Student Fireside Chat*, AERA, April 1993.

*Women in Administration*, Marquette University, March 1993.

*Sexual Abuse in Schools*, New York, Women in Administration Annual Conference, Rochester, March 1993.

*Gender at Risk*, Baldwin High School, Baldwin, New York, March 1993.

*Deconstructing the Erected Hierarchy*, Bowling Green State University, February 1993.

*Women in Administration*, Ohio Educational Leadership Association, Bowling Green, February 1993.

*School University Partnerships*, LIASCD, December 1992.

*Listening to Schools:  Qualitative Research*, School Library Association, Baltimore, October 1992.

*Women in Leadership*, Kentucky Academy for School Executives, August 1992.

*Women in Leadership*, Volusha, Florida, County School District, August 1992.

*Gender and Leadership*, Kvinnor Kan Fair, Stockholm, May 1992.

*Gender and Schooling*, Swedish National Board for Universities and Colleges, Sweden, May 1992.

*Gender and Schooling*, Dean's Distinguished Lecture, Baruch College, March 1992.

*Gender and Leadership*, University of Northern Colorado, Greeley, March 1992.

*Learning to Say No:  Women and Over commitment*, New York State Association of Women Administrators, Westchester, March 1992.

*Women in Leadership*, Educational Leadership Association, Bowling Green, Ohio, January 1992.

*Gender and Schools*, Westchester Women's Studies, Marymount College, December 1991.

*Gender and Schools*, Calgary School District, November 1991.

*Raising the Quality of the Culture in Schools*, Mate M, Holland, June 1991.

*Men as Leaders of an All Female Organization*, National YWCA Conference, Atlanta, May 1991.

*Gender and Leadership*, Western New York Women in Administration, Buffalo, April 1991.

*Women in School Administration*, Michigan Institute for Educational Management, Lansing, April 1991.

*Men and Women Working Together*, St. Louis Principals' Association, St. Louis, March 1991.

*A Gender at Risk*, AAUW, Bryan, Texas, March 1991.

*Gender and School Culture*, Texas A & M University, March 1991.

*Gender and Leadership*, Westchester Women in Administration, Tarrytown, NY,

February 1991.

*Gender and Administration*, Calgary Board of Education, Calgary Teachers' Association, Calgary, Canada, February 1991.

*Gender and Administration*, Conference for Missouri School Executives, Missouri, February 1991.

*Research Methods in Educational Administration*, Fordham University, January 1991.

*Gender and Leadership*, New York State Association for Women Administrators, Albany, NY, January 1991.

*Gender and Leadership*, School Board Institute, Albany, NY, January 1991.

*Women and Educational Management*, Women in Education Management Conference, Vienna, Austria, December 1990.

*Gender and Schooling*, Marquette University, December 1990.

*Women Leaders*, Western Hills Area Education Agency, Sioux City, Iowa, November 1990.

*Review of Research on Gender and Administration*, Northeast AERA, Ellenville, New York, November 1990.

*Gender and Leadership*, Midwest AERA, Chicago, October 1990.

*Transforming Schools*, School Administrators of Iowa, Des Moines, Iowa, August 1990.

*Barriers to Women in School Administration*, Fred Johnston Invitational Conference, University of Wisconsin, Superior, June 1990.

*Advancing in Administration*, Vermont School Administrators, Burlington, VT, May 1990.

*Gender and Leadership*, New York ASCD, Ellenville, NY, May 1990.

*Gender and Leadership*, Red Clay Consolidated School District, Wilmington, DE, April 1990.

*Promoting Women in School Administration*, New York LEAD Conference, Albany, NY, March 1990.

*Gender and Leadership*, School Administrators of Iowa Annual Conference, Des Moines, August 1989.

*Men and Women Working Together*, AASA National Academy for School Executives, Colorado Springs, July 1989.

*Women in Educational Administration*, Oklahoma Women in Education Summer Conference, Oklahoma City, June 1989.

*Agenda for Reform of the Pre-service Preparation of School Administrators:  Issues of Implementation*, Convocation of One Hundred, National Policy Board for Educational Administration, Charlottesville, VA, May 1989.

*Gender and Leadership*, 74th Convention of the National Council of Administrative Women in Education, Long Island, May 1989.

*Challenging Androcentric Education*, National Conference on Curriculum, Instruction and Leadership, Montreal, Quebec, May 1989.

*Women in Administration*, Florida Women Administrators, Tampa: April 1989.

*Gender and Administrative Effectiveness*, Delaware Center for Administrative Skill Development, Wilmington, April 1989.

*Effecting Change*, Images VI Conference, Ontario English Catholic Teachers Association, Toronto: April 1989.

*Publishing in Scholarly Journals in Education*, AERA Mini-Course, Annual Meeting of the American Educational Research Association, San Francisco, March 1989.

*Engaging in Non-traditional, Non-mainstream Research*, Fireside Chat, Annual Meeting of the American Educational Research Association, San Francisco, March 1989.

*The Selection of School Managers*, Study Conference, Hogeschool Interstudie, Utrecht, Holland, March 1989.

*Sex and Supervision*, Long Island ASCD, December 1988.

*Equity and Schooling*, Superintendent's Day, Lawrence School District, Lawrence, New York, November 1988.

*Women in School Administration*, University of Akron, Akron, Ohio, November 1988.

*Gender Issues in Administration*, Georgia State University, October 1988.

*Gender and Teacher Preparation Programs*, Cleveland State University, School of Education, September 1988.

*Gender and Leadership*, The Ohio State University Superintendent's Academy, July 1988.

*Men and Women in Administration*, Vermont Leadership Conference, May 1988.

*Sexual Abuse and What To Do About It*, Student conference on gender issues, Hofstra University, March 1988.

*Women's Ways of Leading*, Nassau/Suffolk Women in Educational Administration, Long Island, March 1988.

*Women and Men in Administration*, Harvard Graduate School of Education, The Principal's Center, Harvard University, February 1988.

*Getting In and Staying In:  Entrance to a Field Site*, A New Window on the Classroom, Ethnography and the Study of Schools Conference, Hofstra University, January 1988.

*Effective Administrative Styles*, The Ohio State University, December 1987.

*Gender and School Administration*, Fordham University, October 1987.

*A Gender at Risk*, University of South Carolina, April 1987.

*Student-Teacher Interaction Patterns,* Lawrence Union Free School District, March 1987.

*Women in Administration*, State University of New York at Buffalo, January 1987.

*Education Administration Theory, The Impact of Gender*, Academy for Equity, Green Bay, Wisconsin, January 1987.

*Organizational Theory and Gender*, OISE, Toronto, Canada, February 1987.

*Women in Educational Administration*, Superintendent's Day Conference, Uniondale, New York, December 1986.

*Wild Patience: Women in School Administration*, Fall Clinic Conference for School Administrators, Wichita, Kansas, September 1986.

*Women as leaders in Schools of Excellence*, Maine Leadership Conference, Maine, May 1986.

*Student-Teacher Interaction and Effective Schooling*, Superintendent's Conference Day, William Floyd UFSD, April 1986.

*Redefining Leadership:  Bringing Women In*, Women's Scholarship Conference, Lehman College, March 1986.

*We Talk Different Because We Are Different*, Northeast Coalition of Educational Leaders, Stowe, Vermont, October 1985.

*Organizational Communication*, Long Island Reading Association Annual Meeting, November 1985.

*Classroom Strategies for Increasing Achievement of Minority and Women Students*, Uniondale In-Service Day, November 1985.

*Organizational Equity*, Teachers College, Columbia University, Sex Equity Conference, June 1985.

*Administering Effective Schools:  Excellence and Equity*, Los Angeles County School District Administrators' Association, Los Angeles, November 1984.

*Ten Years of Research on Women:  A Retrospective*, AERA Special Interest Group on Research on Women, Long Beach, California, November 1984.

*The Courts and the Rights of Students*, Lynbrook High School, Lynbrook, New York, March 1984.

*Women as Educational Leaders,* Association for Supervision and Curriculum Annual Meeting, New York, March 1984.

*The Inadequacy for Women of Research on Organizations*, Women on the Move Conference, Syracuse University: March 1984.

*The Failure of Theory in Educational Administration for Women*, CADEA Annual Meeting, Syracuse, New York, January 1984.

*Participatory Management:  What the Research Tells Us*, International Association of Quality Circles, New York, November 1983.

*The Regents Plan for Excellence:  Will It Work*? Half Hollows Hills School District, November 1983.

*The Role of Equity in Federal Policy in Education*, AERA SIG:RWE Midyear Conference, Tempe, Arizona, November 1983.

*Leadership and Women*, Fordham University, October 1983.

*Leadership of Effective Schools:  What We Can Learn from Women Administrators*, New York Association for Supervision and Curriculum Development, New York State, May 1983.

*Preparing Women Students for the Future*, Francis Lewis High School, Queens, New York, April 1983.

*Race and Sex Bias in Educational Research*, Shoreham-Wading River School District, March 1983.

*Women and Education:  An Historical Perspective*, Valley Stream Central High School District, March 1983.

*Women in Higher Education Administration*, CUNY Graduate School, New York City, February 1982.

*Management of Decline*, ASCD/Lebanon-Lancaster Pennsylvania Study Council, October 1981.

*Workshop on Effective Schooling*, Patchogue School District, Patchogue, New York, August 1981.

*Selected Issues in Sampling*, National Institute of Education, Washington, June 1981.

*The Education of Women*, The Commissioner of Education's Statewide Advisory Council on Equal Opportunity for Women, Albany, New York, May 1981.

*Needs Assessment:  Why and How To*, Teacher Leader Training at NYSUT/Hofstra Teacher Center, May 1981.

*Techniques of Research Synthesis*, Gallaudet College, February 1981.

*Research on Women in Educational Administration:  Issues and Problems*, Queens College of the City University of New York, February 1981.

*Male and Female Role Expectations*, The Lowell School, January 1981.

*Women and Administration*, Superintendent's Day, Great Neck School System, Great Neck, New York, January 1981.

*The Role of Schools of Education and Departments of Educational Administration in Increasing Female Leadership in Education*, Metropolitan Council of Education Administration, Yeshiva University, November 1980.

*Teacher - Student Interaction in the Classroom:  Where Boys are Boys and Girls are Girls*, Presidential Commission on Employment Policy, Washington, D.C., May 1980.

*Administering Gifted Programs*, NYSUT/Hofstra Teacher Center Conference, Hofstra University, February 1980.

*Seneca Falls South:  Historical Perspectives of Women Educators*, National Women's Conference, Houston, 1977.


**TECHNICAL REPORTS (Since 2000)**

*With Dale Mann*

Standard of Care for Prevention of Educator Sexual Misconduct.  Chappaqua School District, Chappaqua, Newe York, December 2017.

Documenting Outcomes from EETT Grants to Selected Schools of the Cleveland Municipal School District: AY 2005-06, Final Report, 9.26.06

Documenting Student Achievement from CompassLearning Odyssey in the Camden, NJ Public Schools, 8.14.06

The Kyoto College of Graduate Studies for Informatics: A Report of Student Outcomes 2005-06, 7.17.06

Documenting Outcomes from EETT Grants to Selected Schools of the Cleveland Municipal School District: AY 2004-05, 7.01.05

Student and Program Results from *educate, inc*. After-school e-tutoring Program, 10.3.05

Documenting Outcomes from EETT Grants to Selected Schools of the Cleveland

Municipal School District: AY 2003-04, 10.25.04

Analysis of Achievement and Other Outcomes from Connections Academy in Wisconsin and Colorado: Year One 2002-03, 3.1.04

Teacher Professional Development and Elementary School Science Achievement Outcomes from TeachNet/New York City, 5.20.04

Educator Sexual Misconduct: A Synthesis of Existing Literature -- 2004, 6.30.04

Documenting Outcomes: Bronx Zoo Distance Learning Expeditions, 9.26.05

Girls for Planet Earth: Three-Year Final Report, 7.06.05  (plus annual reports for  three years)

The Online Reading Center of the Key Instructional Design Strategy Consortium: An Evaluation of 1st and 2nd grade Student Achievements, 4.23.04

The Barksdale Reading Institute's Mississippi Reading Reform Model: Student Achievement Outcomes, Spring 2003, 12.15.03

Adult Learning Outcomes from the Family Literacy Center, 4.22.04 and 8.20.03

Pocatello School District: An Analysis of CompassLearning Student Achievement Outcomes in Pocatello, Idaho, 2002-03, 1.13.04, 3.05.04

Evaluating outcomes from the Curriculum Management Consortium: A Report of the First Year, 8.12.03

Evaluating the outcomes from the Curriculum Management System of the Prince George's County Public Schools: A Report of Year One, 8.04.03

The Waterford Early Math Curriculum in selected Prince George's County Public Schools Kindergartens: 2002-03, 3.04.04

Teacher Technology Training: A New Delivery Method from The Teachers Network, 9.09.03

A Field Evaluation of Middle Grades Use of Selected Materials from the National Library of Virtual Manipulatives, 10.20.03

Relationships between School Facilities, School Characteristics and Student Outcomes, 7.21.03

The East St. Louis School District 189 Computer Lab Implementation Of Classworks Gold For Third To Fifth Grade Reading Improvement: An Evaluation Of Pupil Progress, 2002.

eSylvan Online: Documentation And Analysis Of Achievement Outcomes From Carlisle, PA, 10.31.02

Strengthening General Education In Yeshivas And Jewish Day Schools With Computer-Related Teaching And Learning, 11.08.02

Student Achievement And Homeroom.Com: An Evaluation Report, 1.24.03

The LeapFrog SchoolHouse Literacy Center and LAUSD's School Readiness Language Development Program, Final Report, 7.23.02

Independent documentation of 'EasyTech' in the Jefferson County Public Schools, Louisville, KY, 7.16.02

Documenting the effect of Lightspan *AchieveNow* in the Hempstead Union Free School District, 10.12.02

READ 180 Validation Study: Final Report, 1.30.02

Student Achieving Standards: Three-Year Final Report.  Prepared for the Pennsylvania Department of Education, 7.12.04

Student Achievement Gains In The Cotswold Elementary School, Charlotte-Mecklenburg, NC: Individual laptops with LearningStation.com comprehensive teaching/learning support delivered on the Internet, 8.08.02

An Evaluation Of The Large-Scale Field Deployment Of The Life Skills Training Program: Final Report, 6.09.03

A Multi-Year Analysis Of The Outcomes Of Lightspan *AchieveNow* In The Cleveland Municipal School District, 11.07.02

Learning Technology and the Owen J. Roberts School District, 11.17.03

Bertelsmann Partnership for Education: State-of-the-Art Assessment, 12.16.02

Lehman College of CUNY: An Evaluation of the MBRS SCORE program, Sept. 1999-Aug.2002, 10.01.02

Assessing One Component Of A Summer School Literacy Program In Community School District 29, Queens, NY, Summer 2001, 4.11.02

School Facilities In Arizona: An Examination Of The Relationships Between And Among School Facilities Characteristics And Educational Outcomes, 5.30.00


**GRANTS, CONTRACTS, AND OTHER FUNDING (Principal Investigator)**

U.S. Department of Education.  Project All, $5.2 million.  October 2008

Planned Parenthood of Nassau County, 2006-2007, Saturday Technology and Music Mentoring Program for Girls of Color, $25,800

Long Island Fund for Women and Girls, 2005, Get a Voice, Rapping Project for Girls, $9,800

US Department of Education, 2003-04, Synthesis of Research on Educator Sexual Misconduct, $30,000

National Science Foundation/Utah State University, 2002-03, Evaluation of the Efficacy of Virtual Math Manipulatives, $40,000

National Science Foundation, 1998-2001, The Green Project: Math, Science and Technology Camp for Girls of Color, $900,000

U.S. Department of Education, WEAA, 1994-1995, Three Year Study of Middle School Peer Interactions, $100,000

U.S. Department of Education, Field Initiated Grant, 1992-1993, Study of Sexual Abuse of Students by Teachers, $100,000.

National YWCA, Study of Effects of Single Sex Programs, 1989 – 1991, $100,000

Hofstra University Faculty Small Grants -- various years

*Co-principal Investigator with Dale Mann – 2000 to 2007*

Alabama State Department of Education, STI Assessment, current, $100,000

DELL/Henrico County Public Schools, Evaluation of Laptop Use in Schools, Current, $375,000

New York State Education Department, Evaluation of EETT Title IID Outcomes, current, $262,000

Cleveland Municipal School Dist., Evaluation EETT, 2005-06, $190,000

Compass Learning, Online Learning Evaluation, 2005-06, $9,500

Kyoto Computer Gakuin, Online Learning Evaluation 2005-06, $37,500

West Virginia EETT Evaluation, Evaluation of EETT Model School Project, 2003-2006, $981,000

NYC DOHMH, 2005, Centers for Disease Control, Youth Risk Behavior Survey, $100,000

OneEconomy/eSylvan, Evaluation of Online After-School Tutoring Program, 2003-05, $55,000

Barksdale Reading Institute (BRI), Evaluation of Mississippi Reads, 2003-04, $75,000

Connections Academy, EdVision Achievement Outcomes, 2003-04, $120,000

Teacher Network, TeachNet, Teacher Technology Training in New York City Schools, 2003-04, $59,000

World Conservation Society/Bronx Zoo, Evaluation Girls for Planet Earth, 2002-05, $65,000

Allen ISD, TX, Evaluation Family Literacy Center and Kids Online, 2002-04, $141,000

Compass Learning, Evaluation of Online Learning, 2002-03, $8,500

Prince Georges County, MD., Evaluation Curriculum Management Consortium, 2002-03, $35,000

Arizona School Facilities Board, Study of School Facilities and Student Achievement, 2001-03, $100,000

NYC DOE/DOHMH, 2003, Centers for Disease Control, Youth Risk Behavior Survey, $69,000

CERI, 2001-02, Development of Interactive CD Simulation, $156,000

Classwell, East St. Louis Online Achievement, 2001-02, $24,000

eSylvan, Online Learning, PA, 2001-02, $22,500

Gruss Life Monument Funds, Technology to Strengthen Secular Education, 2001-02, $62,275

Homeroom.com, Homeroom.com Contributions to Student Learning, 2001-02, $48,500

LeapFrog, Schoolhouse Literacy Center Evaluation Plan, 2001-02, $7,000

Learning.com, EasyTech Evaluation, Jefferson County Public Schools, 2001-02, $55,000

Lightspan, Evaluation of the Relationship Between Online Learning Through Lightspan and Student Achievement, 2000-2003, 210,000

Scholastic, Read 180 Validation Study in 6 Urban School Districts, 2000-2001, $135,500

Pennsylvania Department of Education, Multi-year Outcomes, Students Achieving Standards Program, 2000-03, $450,000

Learning Station, Achievement Outcomes Study, 2000-02, $5,000

Sun Microsystems, Instructional Technology White Paper, 2000-01, $10,000

Philip Morris, 1999-2002, Nationwide Field Study of Life Skills Training Program to Reduce Youth Risk, $1,575,165

Lightspan, Evaluation of the Relationship between Online Learning Through Lightspan and Student Achievement 1998-2002, 60,000

Owen J. Roberts School District, Instructional Technology Program Review, 2003, $4,250

Bertelsmann Foundation, Partnership for Education, 2002, $10,000

Lehman College, 2002, MBRS SCORE Program, $4,000

Metropolitan Teaching & Learning, Summer School Literacy Program, 2001, $30,000

Arizona School Facilities Board, Evaluation of School Facilities and Student Outcomes, 2000, $ 100,000


## EDITORIAL/ADVISORY BOARDS

Association of Boarding Schools and National Association of Independent Schools Joint Task Force on Educator Sexual Misconduct.  Task force member, 2016 - present

*Frontiers,* Section Editor, *2016-*

*Educational Review,* International Advisory Board*, 2016- present*

*The Journal of Education Policy, Planning & Administration,* Editorial Board*, 2015 - present*

*Women Leading Education Across the Continents, Chairperson, 2010 to present.*

*SESAME,* Board of Directors, 2010 to present

*NCPEA Education Leadership Review,* Advisory Board, 2010 – Present

*Richmond Peace Education Center, Board of Directors, January 2011-2015*

*The Commonwealth Council for Educational Administration and Management Advisory Board for research on Women's  Representation in School Leadership, Management and Administration in the Commonwealth,* 2008 – present*.*

 *Handbook of Research on the Education of School Leaders,* Consulting editor*, 2006-2007.*

*Sexual Abuse Advisory Board, 2007 to present*

*Controlling Sexual Harassment,* Thompson Publishing, 2005 to present.

*American Association of University Women,* Advisory Board, *Drawing the Line on Sexual Harassment on Campus.*  2005-2006

*Long Island School Leadership Center,* 2003 to 2007

*Advancing Women In Leadership.*  Editorial Board. 2001 to present.

*AERA, reviewer for annual meeting papers, 1979 to present.*
*UCEA, reviewer for annual meeting papers, 1982 to present.*
*Psychological Reports,* reviewer, 2004.
*Perceptual and Motor Skills,* reviewer, 2004.
*Long Island Children's Museum.*  Board of Trustees, 2000 to 2007
*Erase Racism,* Education Committee, 2002 to 2007
*Erase Racism,* Housing Research, 2004- 2007
*Long Island Fund for Women and Girls,* Education Committee, 2000-2004
*Journal of Educational Research*, 1996 - 2002
*Journal of a Just and Caring Education*, 1996-1999
*Urban Education* (1991 - 2001)
*The Journal of Educational Administration*, Editorial Board (1986 - 1999)
*Educational Administration Quarterly*, Editorial Board (1987 - 1993), reviewer to
     present.
*National Forum of Applied Educational Research Journal*, Editorial Board (1987 -
     1990)
*NWSA Journal*, Editorial Board ( 1988 - 1992)
*Silver Center for Reflective Principals*, Board of Directors, 1988-1992.
*Teaching Education* ( 1990 - 1996)
*Journal of Research for School Executives* (1990 - 1993)
Project on Gender and Education, National Board (1989 - 1995)
Long Island Women on the Job, Board (1991 - 2001)
New York State Association for Women in Administration, Advisory Board (1990 to
1993)


**PROFESSIONAL ORGANIZATION ACTIVITIES**
*American Educational Research Association*
          Member, Committee on Scholars and Advocates for Gender Equity in Education,
               2015, 2018
          Chair, Division A Program Committee (1995 - 1996).
          Executive Committee, AERA Council (1991-1992)
          Vice President, Division A (1990-1992)
          Chair, Committee on Guidelines for Eliminating Sex and Race Bias in
               Educational Research (1982 - 1985)
          Committee on the Role and Status of Women in Educational R and D (1982 - 85;
               Chair (1983-85)
          Treasurer, SIG/RWE (1982 - 83)
          Finance Committee (1981 - 82)
          Paper reviewer: Division A , Division D, Division G, SIG/RWE, Division H
          Reviewer: *Educational Researcher*, *Review of Educational Research*,
               *Educational Evaluation and Policy Analysis*
          Program Committee, Division A

Chair, Affirmative Action Committee, Division A
Chair, Division A By-Laws Committee
Nomination Committee, Division A
Co-Chair, Awards Committee, 2012 - 2013
*University Council for Education Administration*
Plenum  Representative, 2010, 2014 to present
Jackson Scholar Mentor
Chair, Diversity Committee
1987 Graduate Student Seminar Committee
Mentor, Mentorship Program
National Study Group for the Development of Professional Preparation of School
Administrators
Advisory Board, Silver Center for Reflective Principals
*American Council on Education*
National Identification Program for the Advancement of Women in Higher
Education Administration, Planning Committee
*Metropolitan Council for Educational Administration Programs*
Executive Committee
*National Women's Studies Association*
Coordinating Council Member
Editorial Board <u>National Women's Studies Association Journal</u> Editor,
<u>South Central Women's Studies Newsletter</u>
*Women Educators*
Chair
Coordinator of Fourth Annual Research on Women in Education Award

**AWARDS**
American Educational Research Association Fellow, Inducted in 2015.  Honors
education researchers for their exceptional contributions to, and excellence in,
education research. The program is intended to be inclusive of the scholarship
that constitutes and enriches education research as an interdisciplinary field.
2015 AERA Distinguished Contributions to Gender Equity in Education Research
Award, American Educational Research Association Award
Virginia Commonwealth University, School of Education, Research Award, 2012.
Ohio University Scholar in Residence Award, April 2010, for outstanding contributions to
education.
Effie H. Jones Humanitarian Award, American Association of School Administrators,
San Francisco, 2009.
Women on the Job Award for Contributions to Women's Employment
Outstanding Alum Award, College of Education, Texas A & M University
Jack A. Culbertson Award for Outstanding Achievement as Junior Professor, University
Council for Educational Administration
Distinguished Achievement Award for Writing, Educational Press Association of

America
Women Educators, Best Research on Women Award.
Willystine Goodsell Award, American Educational Research Association
Sex Equity Award.  New York State Education Department.
National Academy of Education/Spencer Foundation, Alternate for Spencer Fellowship.
Robert S. Guttchen Memorial Faculty Distinguished Service Award, Hofstra University

| Deposition Date | Testified in Trial Date | Firm Name | Jurisdiction | Full Case Name | Case Filed In State |
|---|---|---|---|---|---|
| | | | | | |
| 5/28/2015 | 6/11/2015 | Corsiglia, McMahon & Allard | Superior Court of the State of California, County of Santa Clara | Jane Doe, a minor, by and through her Guardian ad Litem, Ann Doe, Plaintiffs, vs. Evergreen Elementary School District, Craig Chandler, Lyn | CA |
| 2/20/2015 | | Kircher, Arnold & Dame, LLC | USDC, Southern District of Ohio, Western Division, Dayton, Ohio | Jane Doe vs. Springfield-Clark Career Technology Center, Brad Moffitt, and Jeffrey Scott Rohrer | OH |
| 6/1/2015 | | Anthony DeMarco | Superior Court of the State of California, Unlimited Jurisdiction, Central District | John Doe 19, an Individual, Plaintiff, v. Los Angeles Unified School District; Vance Miller; Hamilton Academy and Defendant Does 4 through | CA |
| 10/12/2015 | | Pierce, Herns, Sloan & Wilson, LLC | State of South Carolina, County of Charleston In the Court of Common Pleas | John Doe A, Plaintiff, v. President John W. Rosa, individually; Mark Brandenburg, individually; Colonel Joseph Trez, individually; and Jennifer | SC |
| 9/28/2015 | 9/30/2015 | Manly, Stewart & Finaldi | Superior Court of the State of California, County of Los Angeles - North Valley District | John TDC Doe, an individual, by and through his guardian ad litem, Teresa Cervantes; and John JG Doe, an individual, by and through his guardian | CA |
| | 9/1/2014 | LaCorte, Bundy, Varady & Kinsella | Superior Court of New Jersey, Mercer County Law Division | John Doe and Jane Doe, Plaintiffs v Hopewell Valley Regional School District Board of Education, Matthew Hoffman, John Does 1-10, | NJ |
| 2/23/2015 | 2/26/2016 | Homampour Law Firm | Superior Court of the State of California for the County of Los Angeles - Central District | K.F., by and through her guardian ad litem Eloisa Gomez, Plaintiff, v. Los Angeles Unified School District, a public entity; Doe Driver 1, an individual; | CA |

| Deposition Date | Testified in Trial Date | Firm Name | Jurisdiction | Full Case Name | Case Filed In State |
|---|---|---|---|---|---|
| 5/18/2015 | | Rothstein, Donatelli, Hughes, Dahlstrom, Schoenbur | State of New Mexico, County of Santa Fe, First Judicial District Court/USDC for the District of New Mexico | K.S., by and through her parents and next friends, T.S. and A.R., Plaintiff, vs. The Santa Fe Public Schools; Vickie L. Seqing, in her individual | NM |
| 10/10/2016 | | Rodriguez & Associates | Superior Court of the State of California in and for the County of Kern | A.G. a minor by and through her guardian ad litem, Rebeca Rodriguez, Plaintiff, v. Lamont School District; After School Program Coordinator | CA |
| 4/1/2016 | | Panish, Shea & Boyle | Superior Court of the State of California, County of Los Angeles, North Central District | Cassandra G. a minor by and through her Guardian ad Litem, Carla Castro, Plaintiff, v. Glendale Unified School District; Delvon Jackson; | CA |
| | | Ball Eggleston PC | USDC Northern District of Indiana, Lafayette Division | Jane Doe, individually and as mother and natural guardian of Jane Doe 2, Plaintiff vs. Tippecanoe School Corporation, John Beeker, and Fred Roop, | IN |
| 12/15/2016 | | Taylor & Ring, LLP | Superior Court of the State of California for the County of Ventura | Jane Doe, an Individual, Plaintiff, vs. Hueneme Elementary School District, a public entity; Jose Felix, an Individual; and Does 3 through 60, | CA |
| 3/23/2016 | | Sill Law Group | USDC for the Northern District of Oklahoma | (1) Griselda Hernandez Garcia, Individually and as Mother and Next Friend of S.G., a Minor, Plaintiff, v. (1) Independent School District No. 1 of Tulsa | OK |
| 12/18/2015 | 3/17/2016 | Herman Law PA [FL] | Circuit Court of the 13th Judicial Circuit in and for Broward County, FL | J Doe 36 et al. v Bright Horizons Children's Center & J Doe 35 et al v Bright Horizons Children's Center | FL |
| 5/9/2016 | | Mary Alexander & Associates | Superior Court of the State of California, County of Santa Clara | Jane Doe, Plaintiff, vs. Santa Clara Unified School District, a public entity; Santa Clara County Office of Education, a public entity; and Does 1 through 100, inclusive, Defendants. | CA |
| 12/2/2016 | | Manly, Stewart & Finaldi | Superior Court of the State of California for the County of Orange Central | John PB Doe, an individual, by and through his Guardian Ad Litem, Jane HM Doe, Plaintiff, vs. Fullerton School District, a California public entity; Nicolas Junior High School, a California public entity; Melissa Nicole Lindgren, an individual; and Does 1 through 100, inclusive, Defendants. | CA |

| Deposition Date | Testified in Trial Date | Firm Name | Jurisdiction | Full Case Name | Case Filed In State |
|---|---|---|---|---|---|
| 5/20/2016 | | Munley Law | USDC, Middle District of Pennsylvania | Alexandra Kobrick, Plaintiff v. Matthew Stevens, Lakeland School District, Western Wayne School District, Dr. Margaret Billings-Jones, Thomas Kameroski, Andrew Falonk and Patrick Sheehan, Defendants | PA |
| 7/21/2016 | | Kennedy, Kennedy, Kennedy and Kennedy, LLP | State of North Carolina, General Court of Justice, Superior Court Division, County of Forsyth | Kaitlin Sheppard and Kimberly Buckner, Plaintiffs, vs. Winston-Salem/Forsyth County Board of Education, Defendant. | NC |
| 3/9/2017 | 5/15/2017 | Brandon Smith, The Law Offices of | Superior Court of the State of California, for the County of San Diego, Central Division | Julie Burton, an Individual as Guardian Ad Litem for Katherine Carnahan, a Minor Individual, Plaintiff v. Lakeside Union School District; Shane Cable, an individual; and Does 1 to 50, inclusive, | CA |
| 11/2/2017 | 12/4/2017 | Estey & Bomberger, LLP | Los Angeles Superior Court | Jane Doie v. Hacienda La Puente Unified School District, et al | CA |
| 7/12/2017 | | Herman Law PA [FL] | USDC Western District of Vermont | John Doe No. 143, by and through his parents and natural guardians, Mother Doe and Father Doe, and Mother Doe and Father Doe, individually, Plaintiffs v. Hartford School District, Defendant | VT |
| 1/30/2017 | | Tremont Sheldon Robinson Mahoney | Superior Court, Judicial District at Hartford, State of Connecticut | John Doe and Brian Doe v. Newington Board of Education and James Brown | CT |
| 5/9/2017 | | Tin Fulton Walker & Owen | General Court of Justice, Superior Court Division, State of North Carolina | Minor Doe, by and through her Guardian ad Litem Mark Gott; John Doe, Individually; and Jane Doe, Individually, Plaintiffs vs. Southbrook Community Church a/k/a Southbrook Community Church, Inc., a North Carolina Non-profit or Religious Corporation, Defendant. | NC |
| 9/26/2017 | | Manly, Stewart & Finaldi | Superior Court of the State of California in and for the County of San Bernardino | John RS Doe, an individual, Plaintiff, v. Yucaipa-Calimesa Joint Unified School District, a California Corporation; Yucaipa High School, a business entity of form unknown; Sheila Heacock, an individual; and Does 1-100, Defendants | CA |

| Deposition Date | Testified in Trial Date | Firm Name | Jurisdiction | Full Case Name | Case Filed In State |
|---|---|---|---|---|---|
| 7/17/2017 | | Taylor & Ring, LLP | Palm Springs Courthouse - Riverside County | G.C., a minor by and through her Guardian ad litem Kimberly C. and; T.P., a minor by and through her Guardian ad litem Kimberly P., Plaintiffs, v. Desert Sands Unified School District; Robert Keith Bryan, an individual; Theresa Kachiroubas, an individual; and Does 1 through 100, inclusive, Defendants | CA |
| 4/5/2017 | | Spence Law Firm, LLC | District Court for the Seventh Judicial District, State of Wyoming, County of Natrona | Hannah Grube, Plaintiff, vs. Highland Park Community Church of God, Inc., Defendant. | WY |
| 4/11/2017 | 6/19/2017 | Manly, Stewart & Finaldi | Superior Court of the State of California in and for the County of San Diego, North County District | Delco Hunter Hagan, an individual, and Delco G. Hagan, Sr., an individual, Plaintiffs, vs. Army and Navy Academy, Carlsbad, California, a California corporation; Juan P. Munoz, an individual; and Does 1 through 25, inclusives, Defendants. | CA |
| 6/29/2017 | 10/18/2017 | DRZ Law, LLC | Circuit Court of Clay County, MO 7th Judicial Circuit | Terry v Faith Academy, et al | MO |
| 11/15/2017 | | Fierberg National Law Group | USDC, Western District of Virginia | John Doe, an infant, by his next friend, Reelia Watson, Plaintiff v. Russell County School Board d/b/a Russell County Public Schools; Phillip Henley, Individual and as an Agent of Russell County School Board; Kimberly Hooker, Individually and as an Agent of Russell County School Board; Bobby Gobble, Individually and as an Agent of Russell County School Board; and John Roes 1-10; Defendants | VA |
| 10/26/2017 | | Herman Law PA [FL] | Superior Court of Fulton County, Georgia | John Doe v. Bright Horizons Children's Centers LLC and Bernard Benta | GA |

# Shelly Kinney MSN, RN, CNLCP, CCM

6315 South 79th Circle                          Phone: 402-657-0143
Ralston, Nebraska 68127-4218                     Fax: 866-698-8650

## LICENSURE and CERTIFICATION

Registered Nurse - Nebraska
Certified Case Manager – Commission for Case Manager Certification (1998)
Certified Nurse Life Care Planner - CNLCP® Certification Board (2005)

## PROFESSION
Nurse Life Care Planner, Case Manager

## SUMMARY OF NURSING EXPERIENCE

Jan 2007-   **Kinney Consulting, Inc – Nurse Life Care Planner/Case Manager**
Present     Ralston, NE
            **Role**: Founded, marketed and incorporated an independent enterprise offering Life
            Care Planning and Case Management services for individuals following significant illness
            or injury.  Case management for individuals with work-related injuries.  Coordinate
            with injured individuals, their families, medical providers, insurance companies and
            attorneys to facilitate appropriate medical care and funding for care throughout the
            lifespan.  Experience working with vaccine litigation and other federal government
            programs.

May 1995    **United States Air Force Reserve**
Dec 2009    710 Medical Squadron, Offutt Air Force Base, Nebraska.
            **Duties:** Numerous positions over a 14-year period. Final role was Commander of the
            Medical Support Flight with responsibility for leading, managing, mentoring and
            training 25 ancillary service personnel (laboratory, radiology, medical equipment
            repair, and medical logistics) in a medical squadron with a mission to staff a field
            hospital. Coordinator for Professional Medical Education and Training, Nursing Staff
            Development, EMT Instructor. Retired rank of Lieutenant Colonel.

Oct 2006-   **Best Doctors – Associate Director**
Dec 2009    Boston, MA / Omaha, NE
            **Role**: Coordinated case management and expert medical oversight of complex and
            catastrophic work injury and illness including brain injury, spinal cord injury, burns,
            multiple trauma and chronic pain.  Developed medical cost projections, facilitated
            local marketing efforts. Assisted with orientation of new nurses.  Project team member
            for company-wide, web-based data system.

S.R. Kinney 2

Oct 2003 to **Genex Services, Inc.** – **Branch Manager/ Medical Case Manager**
Oct 2006      Omaha, Nebraska.
              **Duties**: Responsible for day to day operations of the Iowa, Nebraska and South Dakota
              branch offices of a national disability management company. Hiring and Supervision of
              medical and vocational case managers.  Orientation and training of new personnel.
              Staff development activities.  Mentoring case managers.  Marketing activities. Fiscal
              responsibility.  Project leader for development of a case management care path for
              traumatic brain injury.  Medical file review and case management services for
              individuals with catastrophic injuries including brain injury, spinal cord injury, burns
              and multiple trauma.

2003          **MedSecure, Inc.** – **Partner Owner/ Medical Case Manager**
              Omaha, Nebraska.
              **Duties**: Staff development activities.  Mentoring staff.  Marketing activities. Case
              management services for individuals with work-related injuries.

2000-2003     **Case Manager / House Nurse - Quality Living, Incorporated**
              Omaha, Nebraska
              **Duties**: Admission assessment, initial and continued stay approval from payment
              source, interface with leadership and clinical management of a large and diverse team
              of professional and paraprofessional staff regarding insurance/payer processes and
              expectations.  Member of Admissions Committee.  Marketing information and education
              to members of the external rehabilitation community in a five state area.  Chairperson
              of committee providing family and community education. House nurse responsible for
              the day-to-day medical needs of eight individuals with brain injury and/or physical
              disability during their rehabilitation.

1999-2000     **Case Manager – Alegent Health/ Immanuel Rehabilitation Center**
              Omaha, Nebraska.
              **Duties**:  Nursing Case Management under contract with Quality Living, Inc. for a diverse
              population of 8-14 patients in a 40-bed acute medical rehabilitation center.  Admission
              assessment, interface with payers, Team Leader for a team of rehabilitation
              professionals caring for individuals with acquired brain injury, spinal cord injury, stroke
              and other debilitating illness.

1997-1999     **Medical Case Manager - Triwest Healthcare Alliance**
              Omaha, Nebraska.
              **Duties**:  Responsible for telephonic and on-site medical case management of TRICARE
              beneficiaries with catastrophic illness and injury living in a five state area.  Focus on
              rehabilitation cases across the life span.  Team Leader for a diverse team of six nurse
              case managers. Carried a case load of approximately fifty patients.  In-person and
              telephonic interface with members, physicians, and vendors. Negotiation of rates,
              purchase of health care services and products, health care utilization review.

S.R. Kinney 3

1996-1997    **Utilization Review Specialist – Mutual of Omaha Companies**
Omaha, Nebraska.
**Duties:**  Telephonic and on-site pre-authorization for medical procedures and continued stay review of hospitalization.  Limited telephonic case management for patients in acute medical rehabilitation facilities. Negotiation of rates for health services and equipment.

1995-1996    **Sedation Nurse – Interventional Radiology – University of Nebraska Medical Center.**
Omaha, Nebraska.
**Duties:**  Pre-procedure assessment, patient teaching, conscious sedation, recovery and discharge instructions for individuals undergoing medical procedures requiring fluoroscopy.  Trauma on-call team.

1988-1995    **Staff Nurse – United States Air Force**
Offutt Air Force Base, Omaha, Nebraska.
**Duties**: Numerous positions including labor/delivery/ postpartum (3 years), emergency services/ critical care (4 years), house supervisor, nursing staff development officer for Special Care Unit. Supervision and direction of enlisted medical personnel.

## EDUCATION and TRAINING

2004         Kelynco, Salt Lake City, UT. *Setting the Standards in Life Care Planning*
2004         University of Alabama College of Nursing, Birmingham, AL.  Master of Science in Nursing: Case Management.
2001-2002    Bellevue University, Bellevue, NE.  Accounting, Statistics, Marketing and Finance
1997         United States Air Force. Nursing Service Management Course.
1996         United States Air Force. Squadron Officer School
1993         Methodist College of Nursing, Omaha, NE.  Trauma Nurse Core Course.
1990         United States Air Force. Lieutenant Professional Development Program.
1988         University of Nebraska Medical Center College of Nursing, Lincoln Division, Lincoln, Nebraska. Bachelor of Science in Nursing.

## PUBLICATIONS

Brandley, T., Husted, L., Kinney, S., Morris, J., Pouch, K., Yates, K. & Beaubien, J. (2013). Traumatic brain injury. In Apuna-Grummer, D. & Howland, W.(Ed.) A Core Curriculum for Nurse Life Care Planning. 154-217. Bloomington, IN: iUniverse, LLC.

Brandley, T., Kinney, S., Morris, J., Yates, K. & Beaubien, J. (2013). Amputation. In Apuna-Grummer, D. & Howland, W.(Ed.) A Core Curriculum for Nurse Life Care Planning. 272-324. Bloomington, IN: iUniverse, LLC.

Howland, W & Kinney, S. R. (2012). Introduction to the VA.  *Journal of Nurse Life Care Planning*. 12(4), 699-707.

Kinney, S. R. (2012). Tips for obtaining information from a VAMC. *Journal of Nurse Life Care Planning*. 12(4), 708-714.

Kinney, S. R. (2012). Vagus nerve stimulation for seizure control. *Journal of Nurse Life Care Planning*. 12(2), 613-617.

S.R. Kinney 4

Kinney, S. R. (2005). A case management care path for traumatic brain injury, Genex Services
internal continuing education program

## PRESENTATIONS

Kinney, S.R. (2016). If you think you need a life care plan you probably do. Presented at Medicine for
Lawyers conference – Nebraska Association of Trial Attorneys. 2/23/18.

Kinney, S. R., Sheerin, S. U., Scofield, J. (2016). A comparison of the benefits and drawbacks of six
methods of cost research.  Leisure and Learn Symposium, Ajijic, Jalisco, MX. 3/11/16.

Caragonne, P. and Kinney, S. R. (2013). Mentors for life care planners.   Facilitated discussion at the
Leisure and Learn Symposium. Ajijic, Jalisco, MX. 3/16/2013.

Caragonne, P. and Kinney, S. R. (2013). Comparing CNLCP and IALCP standards and guidelines.
Facilitated discussion at the Leisure and Learn Symposium. Ajijic, Jalisco, MX.
3/14/2013.

Howland, W. and Kinney, S. R. (2012).  The life care plan: a roadmap for successful case
management.  Presentation for the Case Management Society of America National
Conference. 7/22/12. San Francisco, CA.

Caragonne, P. and Kinney, S. R. (2011). Life care plan development: Know your stuff – a comparison
of methodologies.  Presented at American Association of Nurse Life Care Planners
annual conference.  Kansas City, MO, 10/22/2011

Caragonne, P. and Kinney, S. R. (2011). Comparing and contrasting life care planning models.
Presented at the Leisure and Learn Symposium. Ajijic, Jalisco, MX. 2/24/2011

Kinney, S. R. (2010). A case management care path for traumatic brain injury, Presented to Case
Management Society of Alabama, 2/5/2010 and Nebraska CMSA 8/12/2010

Kinney, S. R. Life Care Planning – presented to Wesleyan University students in Master of Nursing
Administration program. 3/2005-3/2009.

## PROFESSIONAL and CIVIC ORGANIZATIONS

American Association of Nurse Life Care Planners – Conference Committee, Peer reviewer for the
Journal of Nurse Life Care Planning

Case Management Society of America (CMSA) – former Director and Past President of Nebraska
Chapter

NANDA International

Ralston Volunteer Fire Department – Volunteer Case manager, Continuation of Care program.

Reserve Officers Association (ROA) - Lifetime Member

## HONORS and RECOGNITION

Star Award – Genex Services, 2004

Sigma Theta Tau International Honor Society of Nursing

Air Force Meritorious Service Medal with one device

Air Force Commendation Medal with one device

Air Force Achievement Medal

## Kinney Consulting, Inc Life Care Plans

| Case ID | Referral Source | Contact | City of Residence | State | Year of service | Defense/ Plaintiff | Injury type | Case Type (P=Pediatric) | Deposition/ Trial |
|---------|----------------|---------|-------------------|-------|-----------------|--------------------|-------------|-------------------------|-------------------|
| O'Brien, Patrick | The Wolk Law Firm | Arthur Wolk | Bellevue | NE | 2009, 2012 | P | TBI/Multiple trauma | PI | D, T 2014 |
| McBride, Terry | Dowding, Dowding & Dowding | Jonathan Urbom | | NE | 2014 | P | Back/spine | PI | D - 8/4/15 |
| Wegner, Mary | Watson & Carroll | Steve Watson | Centennial | CO | 2014 | P | CVA | Med Mal | D -11/12/15 |
| Rodriguez, Francisca | Dowd, Howard & Corrigan | Steve Howard | Crete | NE | 2015 | P | Sepsis | Med Mal | T- 4/13/16 |
| Warnke, Brandi | Domina Law | Amelia Pricket | Fairbury | NE | 2016 | P | TBI | PI | T - 2/22/17 |
| Spidell, Lisa | Harris Law Firm | James Harris | Plattsmouth | NE | 2016 | P | Orthopedic trauma | PI | D - 4/27/16 |
| Mumm-Stark, Mandi | Shanks Law Firm | Randall Shanks | Fremont | NE | 2016 | P | SCI | Med Mal | D - 6/7/17 T- 8/30/17 |
| Zhai, Wenjia | Watson & Carroll | Steve Watson | Lincoln | NE | 2017 | P | Orthopedic trauma | Med Mal | T-3/28/18 |
| Wilcoxson, Roseanne | Welch Law Firm | Dan Welch | Omaha | NE | 2017 | P | Near drowning | PI | D-8/29/17, T-10/27/17 |
| Lentine, Patricia | Mooney Colvin, PL | John Colvin | Hazlet | NJ | 2017 | P | Chronic Pain | PI | D-2/2/18 |



July 17, 2017

David Domina
Domina Law Group
2425 S 144th Street
Omaha, NE  68144

RE:     Lydia Delkamiller
        DOB: 4/7/2001

Dear Mr. Domina:

I appreciate the referral to provide a cost projection for the future care needs of Lydia Delkamiller, a teenage female who experienced multiple episodes of sexual abuse by a former teacher.  You have requested a projection of costs based on the medical documentation from Rey de los Angeles, MD.  The recommendations of Dr. de los Angeles and a letter from Project Harmony are the sole documents used for this cost projection. Dr. de los Angeles was contacted by phone on 7/17/17 to discuss medication management. There has not been contact with Ms. Delkamiller or her family.

Ms. Delkamiller is 16 years old at the time of this report.  According to the most current version of the United States life tables, a 16-year-old female in the United States can expect to live 65.8 years[1].  The Social Security Administration provides a life expectancy of 70.1 years[2].  The average of the two is 67.95 and this is rounded to 68 years for the purpose of this report.  This is to her age of 84 in 2085.

A summary of future costs appears below.  Please see the additional information in the report of Dr. de los Angeles and the attached tables for rationale.

| Summary of future medical costs | | |
|---|---|---|
| **Service** | **Rationale/Resource** | **Lifetime Cost** |
| **Therapeutic Counseling** | Refer to the subsequent tables for additional detail. | **$32,820.00** |
| **Psychiatric Evaluation** | | **$30,710.00** |
| **Cost of future treatment** | | **$63,530.00** |
| Dr. de los Angeles believes Ms. Delkamiller will require medications for periods of time throughout her life, however he is unable to provide an opinion regarding the type and length of treatment that can be used to estimate costs. | | |

---

[1] Arias E, Heron M, Xu JQ. United States life tables, 2013. National vital statistics reports; 66-3. Hyattsville, MD: National Center for Health Statistics. 2017.
[2] Social Security Administration, 2017. Actuarial life table. Retrieved 7/17/17. https://www.ssa.gov/cgi-bin/longevity.cgi

**Records Reviewed**
- 7/10/17 report of Rey De los Angeles, MD
- 12/2/16 letter from Colleen Brazil, MSW, LIMHP, LISW, Mental Health Therapist from Project Harmony

**Summary of Care**

Ms. Delkamiller began receiving therapeutic counseling through Project Harmony in December, 2015. She was evaluated by psychiatrist Rey de los Angeles, MD and diagnosed with severe Post-Traumatic Stress Disorder (PTSD). Dr. de los Angeles provided recommendations for ongoing care and these recommendations are outlined in his letter and the attached tables.

This cost projection does not include transportation to appointments, therapeutic counseling required on a "situational" basis, medication costs or possible complications of PTSD including hospitalization and emergent or urgent care. The author reserves the right to update this cost projection or conduct a thorough client/family assessment and life care plan if the situation changes or additional information becomes available. Please let me know if there are any questions.

Sincerely,

*Shelly Kinney*

Shelly Kinney, RN, MSN, CCM, CNLCP
Nurse Life Care Planner

Encl: Calculation Tables

2

## Calculation Tables

| Therapeutic Counseling | | | |
|---|---|---|---|
| **Service** | **Rationale/Resource** | **Annual Cost** | **Lifetime cost** |
| Counseling for anxiety | Recommended by Dr. de los Angeles for "distress reduction, affect regulation training, titrated exposure, cognitive processing." Monthly sessions to age 25 then quarterly and situationally to age 35, then semi-annually and situationally for the life expectancy.<br>The average cost of counseling sessions with a female therapist in the Omaha area who has experience working with individuals who have experienced abuse is $110.00/session (Psychologytoday.com)<br>$110.00(12) = $1,320.00/year | $1,320.00/year 2017 thru 2025 x 9 | $11,880.00 |
| See above | See above.<br>$110.00 (4) = $440.00/year | $440.00/year 2026 thru 2035 x 10 | $4,440.00 |
| See above | See above<br>$110.00 (2) = $220.00/year | $220.00/year 2036 to life expectancy (thru 2085) x 50 | $11,000.00 |
| Counseling for depression | Recommended by Dr. de los Angeles for "relationship building & support, cognitive processing, group therapy." Monthly sessions to age 25 then quarterly and situationally to age 35 then semi-annually and situationally for the life expectancy. Included in the counseling for anxiety. See above. No additional cost | $0 | $0 |
| Counseling for low self-esteem | Recommended by Dr. de los Angeles for "cognitive processing, relational processing, group therapy, relationship building & support, identity interventions." Monthly session to age 25. Included in the counseling for anxiety. See above. No additional cost | $0 | $0 |
| Counseling for low self-esteem and attachment insecurity | See above. Quarterly and situationally age 25 to age 50 (2026 thru 2050). An additional two visits each year were recommended during this period<br>$110.00 (2) = $220.00 | $220.00/year 2026 thru 2050 x25 | $5,500.00 |
| **Lifetime cost** | | | **$32,820.00** |

3

| Psychiatric Evaluation | | | |
|---|---|---|---|
| **Service** | **Rationale/Resource** | **Cost per year** | **Lifetime Cost** |
| Psychiatric Evaluation and medication adjustments for anxiety, depression, low self-esteem, and attachment insecurity. | Recommended by Dr. de los Angeles twice each year to age 30 then annually.  The full cost of psychiatric evaluation with medication management according to FairHealth.org is $370.00/visit $370.00 (2) = $740.00 | $740.00/year 2017 thru 2030 x14 | $10,360.00 |
| Psychiatric Evaluation and medication adjustments | See above. | $370.00/year 2031 to life expectancy (thru 2085) x55 | $20,350.00 |
| **Lifetime cost** | | | **$30,710.00** |

4

| Prescription Medications | | | |
|---|---|---|---|
| **Service** | **Rationale/Resource** | **Cost per year** | **Lifetime Cost** |
| Mood Stabilizing medication | Dr. de los Angeles opined medications will likely be needed intermittently throughout her life.  She is currently not taking medications, and the physician was unable to provide additional direction other than to recommend the periodic assessments noted in the previous table. Common mood stabilizing medications are Depakote (Divalproex), Lamictal (Lamotrigine), Seroquel (Quetiapine) and Zyprexa (Olanzapine).  According to GoodRx.com, the average cost of these medications at local pharmacies is $137.50/month.  No associated costs are included. | $0 | Unable to determine |
| Antidepressant medication | The antidepressant medications currently available in generic form and commonly prescribed in the Omaha area are Celexa (Citalopram), Cymbalta (duloxetine), Effexor (venlafaxine), Lexapro (Escitalopram) and Elavil (amitriptyline).  According to GoodRx.com, the average cost of typical doses of these medications at local pharmacies is $98.20/month.  See above. | $0 | Unable to determine |
| **Lifetime cost** | | | Unable to determine |

# Reynaldo A. de los Angeles, MD

## ✒ Curriculum Vitae ✒

**Residence**

3412 E Cottonwood Rd
Kearney NE  68845
Phone: 308-440-5247
lynndla@yahoo.com

**Practice**

409 E 25th Street Ste 6
Kearney Ne  68847
Phone: 308-233-2278
dr.rey89@gmail.com

## E D U C A T I O N:

| | | | |
|---|---|---|---|
| 6/1964-6/1969 | University of the East Ramon Magsaysay Memorial Medical Center | Aurora Blvd Quezon City, Philippines | Doctor of Medicine |
| 6/1960-5/1964 | University of the East | Manila Philippines | Bachelor of Science |

## T R A I N I N G:

| | | | |
|---|---|---|---|
| 7/1978-6/1979 | University of Arizona Health Science Center | Tucson, AZ | Rotating Internship |
| 7/1979-6/1982 | University of Arizona Health Science Center | Tucson, AZ | Residency Psychiatry |

## L I C E N S U R E S:

| | | |
|---|---|---|
| *1978 – E.C.F.M.G.* | *#124-975-4* | *granted 1/18/78* |
| 1991 – Nebraska | 18636 | 10/1/2018 exp |

## B O A R D   C E R T I F I C A T I O N:

| | |
|---|---|
| 1992 American Board of Addiction Medicine | #123 |
| 1995 American Board of Forensic Examiners | #1002 |
| 1996 American Board of Forensic Medicine | #141 |
| 1997 American Board of Disability Analyst | #4356-97 |
| 2003 American Board of Psychiatric Medicine | #1164 |
| 2008 American Psychotherapy Association | #9741 |

E X P E R I E N C E:   Administrative and Clinical

| | | |
|---|---|---|
| 1/1/2015 – Present | Dr Rey de los Angeles, MD<br>Village Plaza<br>409 E 25th Street Ste 6<br>Kearney NE  68847 | Solo Practice |
| 5/2012 – 1/2015 | Sabbatical Leave | |
| 8/1996 – 5/2012 | MOSAIC<br>Human Rights Committee<br>*Grand Island NE  68803* | Member |
| 12/1996 – 5/2012 | M.H. Solutions, Inc<br>1811 W 2nd Street  Ste 245<br>Grand Island NE  68803 | Medical Director |
| | Mental Health Solutions and<br>Associates LLC<br>3720 Ave A Ste D<br>Kearney NE  68847 | Medical Director |
| 11/2005 – 10/2009 | I Believe in Me Ranch<br>2401 E 56th<br>Kearney NE  68847 | Medical Director |
| 3/1996 – 7/1998 | Veteran's Administration<br>Medical Center<br>2201 N Broadwell<br>Grand Island NE 68801 | Staff Psychiatrist |
| 1982 – Present | Private Practice, OK, KS, NE<br>   7/82 -12/88  Oklahoma<br>   1/89-10/91  Kansas<br>   10-91 – Present  Nebraska | Solo Practitioner |
| 7/1993 – 6/1995 | Richard H Young Hospital<br>1755 Prairie View PL  PO Box 1750<br>Kearney NE  68845 | Chief Medical Officer |
| 9/1993 – 6/1995 | Good Samaritan Hospital<br>10 E 31st Street PO Box 1990<br>Kearney NE  68848 | Trustee, Governing<br>Board |
| 10/1991-12/1995 | Richard H Young Hospital<br>1755 Prairie View PL  PO Box 1750<br>Kearney NE  68848 | Medical Director<br>Chemical Dependency<br>Program |

| | | |
|---|---|---|
| 6/1989 – 9/1991 | Shawnee Mission Medical Center 9100 W 74th Street Shawnee Mission KS | Solo Private Practice |
| 7/1986 – 6/1989 | Muskogee Regional Medical Center 300 Rockefeller Drive Muskogee, OK | Clinical Director/Psych Unit, Solo Practice |
| 9/1983 -6/1986 | Western State Hospital PO Box 1 Fort Supply, OK | Clinical Director |
| 7/1982 -9/1983 | New Horizons Mental Health Center (New name: Red Rock Behavioral) PO Box 609 Clinton OK 73601 | Medical Director |
| 6/1976 – 6/1978 | Washington and Main Medical Clinic Los Angeles California | Administrative Assistant |
| 6/1969 – 4/1976 | Manila Philippines | Private Practice' |

## MEMBERSHIP:

PAST MEMBER

American Medical Association
American Psychiatric Association
American Psychological Association

## RECOGNITIONS & AWARDS:

| | | |
|---|---|---|
| 1993 – 1994 | Who's Who in South and South West | Published |
| 1995 – 1996 | Who's Who in the World | Published |
| 1995 | 5000 Personalities in the World | Published |
| 1996 | Who's Who in America | Published |
| 1996 – 1997 | Who's Who in the Mid West | Published |
| 1997 – 1998 | Who's Who in Medicine and Health Care | Published |
| 2016-2018 | Top Doctor Award | |
| 2016-2018 | Top Psychiatrist, Kearney Nebraska | |

**Rey de los Angeles M.D.**

409 E 25th Street Ste 6
Kearney, NE 68847

July 10, 2017

David A. Domina
2425 South 144th St.
Omaha NE 68155-3267

    Re: Delkamiller, Lydia

Mr. Domina:

### Overview

1. This letter responds to your June 30, 2016 correspondence.   I have now reviewed my professional file and considered the facts. The subject matter is within the scope of my professional services and experience.  I am competent to offer opinions on the subject.

2. I met with Lydia Delkamiller, dob April 17, 2001, and her mother, Julie at my office in Kearney earlier this year. At that time my psychiatric evaluation narrowly limited to the circumstances presented that day, and was without detailed history or detailed information about matters known to her parents or which have become known since then.

3. I am reasonably professionally certain about the opinions reached and I am prepared to testify about them if necessary. My professional resume is attached to this report.

### Methods and References

4.  I conducted a psychiatric interview and reviewed information supplied in accord with generally recognized methods, practices and procedures.  These are methods both learned and taught during my medical education and experience in academic medicine.  They are parts of my routine professional

practice.   The manners in which these interviews or examinations are conducted vary from practitioner to practitioner, but generally involve some of the same techniques.  They include:

4.1.     An open-ended period during which the patient is free to be expressive about his or her concerns, and during which time the psychiatrist can observe behaviors, speech, speech patterns, thought processes, as well as speech content.

4.2.     A segment during which the objective is to establish mutual trust and understanding with the patient.

4.3.     A focusing or questioning segment.   This commonly occurs and involves the focusing of the patient on selected issues or concerns or experiences coupled with observations, as well as appreciation for the words uttered by the psychiatrist.

4.4.     A segment involving identification of relevant history and stress sources if not fully appreciated after previous steps.   This includes developing both personal and social history.

4.5.     A segment designed to identify comorbidities, potential causes, and consequences for the patient.  This includes medical history.

4.6.     A segment for evaluating thought processes appreciation for circumstances or understanding.

4.7.     Inquiry to determine matters about the "feelings" separately from the "thoughts" of the involved party.

4.8.     A Mental Status Exam including cognitive aspects.

The professional interviewing method is explained in detail in a publication by James Morrison M.D. available at:
     *www.ohsu.edu/xd/education/.../psychiatry/.../MSE-Psychiatric-Interviewing.pdf*

5.  I conducted professional research, including publications of the National Institute of Health and these findings reported at 85(7) Mayo Clinic Proceedings 618-629 (2010) available at

https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2894717.  This publication is entitled, LP Chen et al., *Sexual Abuse & Lifetime Diagnosis of Psychiatric Disorders: Systematic Review & Meta-analysis.*  It finds:

PATIENTS AND METHODS: We performed a comprehensive search (from January 1980-December 2008, all age groups, any language, any population) of 9 databases: MEDLINE, EMBASE, CINAHL, Current Contents, PsycINFO, ACP Journal Club, CCTR, CDSR, and DARE. Controlled vocabulary supplemented with keywords was used to define the concept areas of sexual abuse and psychiatric disorders and was limited to epidemiological studies. Six independent reviewers extracted descriptive, quality, and outcome data from eligible longitudinal studies. Odds ratios (ORs) and 95% confidence intervals (CIs) were pooled across studies by using the random-effects model. The $I^2$ statistic was used to assess heterogeneity.

RESULTS: The search yielded 37 eligible studies, 17 case-control and 20 cohort, with 3,162,318 participants. There was a statistically significant association between sexual abuse and a lifetime diagnosis of anxiety disorder (OR, 3.09; 95% CI, 2.43-3.94), depression (OR, 2.66; 95% CI, 2.14-3.30), eating disorders (OR, 2.72; 95% CI, 2.04-3.63), posttraumatic stress disorder (OR, 2.34; 95% CI, 1.59-3.43), sleep disorders (OR, 16.17; 95% CI, 2.06-126.76), and suicide attempts (OR, 4.14; 95% CI, 2.98-5.76). Associations persisted regardless of the victim's sex or the age at which abuse occurred. There was no statistically significant association between sexual abuse and a diagnosis of schizophrenia or somatoform disorders. No longitudinal studies that assessed bipolar disorder or obsessive-compulsive disorder were found. Associations between sexual abuse and depression, eating disorders, and posttraumatic stress disorder were strengthened by a history of rape.

CONCLUSION: A history of sexual abuse is associated with an increased risk of a lifetime diagnosis of multiple psychiatric disorders.

6.   I also reviewed KL Chou, *childhood Sexual Abuse & Psychiatric Disorders in Middle-Aged & Or Adults: Evidence from the 2007 Adult Psychiatric Morbidity Survey,* 73(11) Journal of Clinical Psychiatry   1365-71 (2012).   This publication based these results:

Multivariate analyses revealed that childhood sexual abuse was significantly associated with mixed anxiety and depression (adjusted odds ratio [AOR] = 1.69; 95% CI, 1.09-2.63), generalized anxiety disorder (AOR = 1.78; 95% CI, 1.01-3.11), eating disorders (AOR = 2.04; 95% CI, 1.12-3.75), posttraumatic stress disorder (AOR = 2.45; 95% CI, 1.20-4.99), and suicidal ideation (AOR = 2.32; 95% CI, 1.27-4.27). Revictimization was significantly related to mixed anxiety and depression

7

(AOR = 3.21; 95% CI, 1.63-6.32), generalized anxiety disorder (AOR = 2.60; 95% CI, 1.07-6.35), phobia (AOR = 4.07; 95% CI, 1.23-13.46), posttraumatic stress disorder (AOR = 8.88; 95% CI, 3.68-21.40), and suicidal ideation (AOR = 3.03; 95% CI, 1.08-8.51). Gender did not moderate the association of childhood sexual abuse or revictimization with psychiatric disorders. Finally, both childhood sexual abuse (AOR = 3.73; 95% CI, 2.03-6.86) and revictimization (AOR = 7.54; 95% CI, 3.09-17.42) were significantly associated with psychiatric hospitalization.

7. My conclusions concerning Lydia Delkamiller as a specific patient are consistent with these studies.

## Facts I Assumed

8. Lydia Delkamiller, is the second born child of Mr. and Mrs. Delkamiller. She has an older and a younger sister. Lydia was an intellectually above average, physically presentable, charismatic young teenage girl when Lydia became a student of Brian Robeson in the Alphonso Davis Middle School in Omaha. Robeson was a math and homeroom teacher for purposes of his primary contacts with Lydia. Robeson is now age 37; he is approximately 21 years older than Lydia.

9. Robeson commenced a sexual relationship with Lydia. The precise onset date is not known but it is suspected that the 1st sexual contact occurred prior to April, 2014 and at a time when Lydia was age 13. The total number of sexual contacts are not known, but it is suspected that sexual activity happened on multiple occasions on a weekly basis from time to time, with some waxing and waning of frequency driven by circumstances beyond the perpetrator's control.

10. The sexual relationship was discovered on December 27, 2015 when Robeson was found in the Delkamiller home while the family was away for the holidays. Robeson was arrested, charged, convicted and sentenced in due course. He is now serving a 40 year sentence in the Nebraska State penitentiary.

11. During the course of the sexual relationship it is now known that Lydia was induced by the perpetrator to engage in the following acts of concealment and beguile not against her family:

11.1. Lydia was convinced to conceal the relationship.

*4*

11.2. Lydia sneaked out of her home to rendezvous with him between the time when all family members went to bed and early morning hours.

11.3. Lydia was induced to meet with him in his classroom at school and it is believed that sexual contact occurred there frequently. Lydia once confessed to her mother that this activity occurred at school multiple times weekly for a period of several weeks during her 8th grade year.

11.4. Lydia was induced to give the perpetrator access to the family residence during periods of family absence to meet his request that he be permitted to be in her personal space in the family home and even when she was away.

11.5. Lydia was induced to plan for a "wedding" at which the perpetrator persuaded her he wanted solemnize their relationship in the eyes of God.

11.6. Lydia was induced to believe that the relationship met with the approval of God and moral authority in general because it was "such a pure love".

11.7. Lydia developed distance from appears, withdrawal from family, personality changes as she became emotionally dependent on Robeson.

11.8. Lydia became convinced that the perpetrator had saved her life from suicidal ideation.  He may have also planted the idea of suicide to create the platform from which to "save" her.

11.9. When Robinson was caught, Lydia tried to take responsibility for his presence in their home and to protect him from suspicion of burglary.

11.10. Lydia initially tried to conceal evidence when Robison was caught, including a ring, necklace, and other items Robison had given her. The ring was supposed to serve as an engagement token.  With the perpetrator's health Lydia selected a wedding gown for the ceremony he promised.

5

11.11. Lydia went through a range of emotions after Robison was caught and the sexual relationship's history emerged.  They included denial, excuses, assumption of responsibility, anger, intermittent rage, depression, and guilt.  She has received care from Project Harmony and the private counselors.

12. Lydia's parents made much effort to help her, and to use different approaches available to help her achieve a return to some level of normalcy and intact mental health.  She was negative for sexually transmitted diseases upon testing.  Lydia's behaviors, including her withdrawal, were so profound after Robeson's arrest that her mother slept on an air mattress in her room for nearly a month. Precautions were taken by the family to protect Lydia from harming themselves. Professional persons at Project Harmony were used as were professional colleagues to assist.

13.  Lydia continued to be enrolled in school.  Her classwork and performance, measured by grades, remained relatively constant.  Her personal presentation remained constant, and that she appeared to function on a stable basis most of the time.  Many of these appearances were superficial displays of a high level of social and intellectual skill and a highly developed and intellectually rich home environment.

14.   Intermittently, Lydia was and is deceptive, noncompliant, and difficult for her parents.  She showed little regard for the consequences of her action on her family.   Since religious expression is historically important in the Delkamiller family home, and was made a part of the improper relationship by the perpetrator, that he is religious ideation was tested.  She continued to participate with the family in Church events and worship, but expressed some bewilderment that she had been victimized as she was.  Lydia did come to think of herself as a victim and be aware of her victimization.  This relaxation produced a period of anger.

15.   On a recurrent basis, Lydia engages in behaviors that her parents described as "searching" for assurances about herself.  She seems to seek affirmations about her own value and desirability, and display concerns about each of those qualities.  Confronted with them how to deal with the aftermath her seduction by an older man, Lydia and her parents deal with the risks of promiscuity and attempts to find affirmation through association with males on the one hand, and isolation, and seclusion on the other.  Lydia's mother believes she tends toward the latter.

6

16.    Lydia has been caught by her parents after attempting to be surreptitious, depart from her home after all have retired for the evening, and hold liaisons, including sexual contact, with persons who are perceived to be relatively casual acquaintances. Lydia confesses these to her mother at times. She also admits she has thoughts of reliving the events, and disturbance of thought, mood, and sleep, as a result.  Lydia's quest for surreptitious sexual contact with appear to occur as a result of Lydia's request for affirmations by males. That he is deceptions appear in other aspects of her life.  She is not forthcoming, and not honest in the way in she was previously, or as a family has raised her to be.  It is hard to rely on Lydia's statements about her activities.

17.  Lydia's mother reports that Lydia engages in conflicts with her siblings and conflicts with her parents. This is all much different from her prior behaviors. She is disrespectful of authority, and displays doubts about long held personal and religious convictions.  She questions the values her family has taught successfully to the other children, and attempted to instill successfully Lydia. Those efforts were perceived as accomplished until the Robeson events occurred.

18.  A part of Lydia's anger has been directed toward the Omaha Public Schools, the employer for Robeson.  OPS initially congratulated its middle-management personnel at the school administration level for its handling of the situation.  I am informed that investigation has revealed that incidents were observed and behaviors were reported about interaction between the perpetrator and victim.  These were disregarded by OPS administrators, and the harm continued.  Lydia is aware of this and harbors feelings of betrayal by school officials.  She distrusts them and others in positions of authority.

19.  Project Harmony personnel provided Trauma Focused Cognitive Behavioral Therapy to assist Lydia with understanding the trauma she experienced. Project Harmony observed that Lydia became quite isolated from peers and activities  due to the situation.  It observed that she "is dealing with her feelings of anger, sadness and guilt…" It describes the betrayal Lydia felt as "devastating for her".

20.   The Project Harmony mental health professional, Colleen Brazil, MSW, LIMHP, LISW, opines that "Lydia's abuse history will likely impact her for the rest of her life, at different times, ages, and developmental stages… Lydia will likely have a need for ongoing therapy services at various points in her life to deal with this."

7

21. Lydia's mother, Julie, and her father, Kory, are professional educators.

## Questions for Consideration

22. You asked me to consider, and respond, to the questions posed in your letter. I have considered those questions and responded. The responses appear below:

23. Assuming that the clinical presentation of this young lady, Lydia Delkamiller, coincides with the history above and the observations of her parents and others, do you have an opinion, and if so what opinion, concerning the questions that follow?

    23.1. Does Lydia suffer from an identifiable physical or mental health disorder, condition or circumstance as a proximate result of the sexual victimization she experienced?

    Answer: Yes.

    23.2. What is that disorder, condition or circumstance?

It is my opinion that  has a significant personal (past) history of sexual abuse in childhood. This is a recognized  psychiatric condition requiring ongoing care.

More specifically, Lydia suffers from Post-Traumatic Stress Disorder ("PTSD") which presents itself in her case in the aftermath of multiple instances of sexual abuse in which she was a participant but was of such tender years that she was unable to give an informed consent. Lydia now realizes she was exploited, and is traumatized. The effects of this trauma present themselves on an ongoing  basis, the intensity of which differs from day to day and even hour to hour.

In order to be diagnosed with PTSD, a person must generally have three different types of symptoms: re-experiencing symptoms, avoidance and numbing symptoms, and arousal symptoms. Re-experiencing symptoms are symptoms that involve reliving the traumatic event. There are a number of ways in which people may relive a trauma. The *Diagnostic & Statistical Manual of Mental Disorders ("DSM")* generally identifies the diagnostic criteria

*8*

as including a history of exposure to a traumatic event that meets specific stipulations and symptoms from each of four clusters:

1. Intrusion.
2. Avoidance
3. Negative alterations in cognitions and mood, and
4. Alterations in arousal and reactivity.

American Psychiatric Ass'n  DSM-5(1)(2013).  Lydia displays all of these things and has continued to display them on a long term basis. Her initial masking of these conditions has given way to overt expressions of these diagnostic criteria.  The assaults on Lydia were highly intrusive.  Lydia seeks to avoid recollections, has recurrent negative alterations in cognitions and mood as displayed by the facts set forth above, and has alterations in her arousal and reactivity to the circumstances.  Sometimes Lydia wants to flee from the memories, and at other times she seeks to embrace them.  Sometimes Lydia seeks to avoid the subject matter and her own sense of self-worth by seeking affirmation, particularly from male figures, in unhealthy and dangerous ways.

It is reasonable to conclude that Lydia has PTSD and that it is severe and will most probably be a lifelong condition for which she must expect to experience lifelong psychiatric treatment and care supported by lifelong psychological counseling and therapy.  These are, in fact, the conclusions I have reached.

23.3.  What treatment should be provided for this disorder, condition or circumstance at the present time?

Lydia's condition and circumstances pose these problem areas.  Care for each as suggested below, and comments are made concerning the probability that this care will be required on an ongoing basis, over the course of her lifetime:

| Problem | Treatment Components | Duration | Frequency |
|---------|---------------------|----------|-----------|
| Anxiety | Distress reduction/affect regulation training, titrated exposure, cognitive processing | Life | To age 25: monthly<br>To age 35: quarterly and situationally.<br>To death: semi-annually and situationally<br>Above by Psychologist or |

9

| | | | |
|---|---|---|---|
| | | | strong therapist. Also semi-annual psychiatric evaluation and medication adjustments to age 30 and annual thereafter. |
| Depression | Relationship building & support, cognitive processing, group therapy | Life | To age 25: monthly To age 35: quarterly and situationally. Above by Psychologist or strong therapist. Also semi-annual psychiatric evaluation and medication adjustments to age 30 and annual thereafter. |
| Anger & aggression | Distress reduction/affect regulation training, trigger identification /intervention, cognitive processing | Life | Situationally by psychologist or strong therapist |
| Low self-esteem | Cognitive processing, relational processing, group therapy, relationship building & support, identity interventions | Life | To age 25: monthly To age 50: quarterly and situationally. Above by Psychologist or strong therapist. Also semi-annual psychiatric evaluation and medication adjustments to age 30 and annual thereafter. |
| Attachment insecurity | Relationship building & support, relational processing, cognitive processing, systems intervention | Life | To age 25: monthly To age 50: quarterly and situationally. Above by Psychologist or strong therapist. Also semi-annual psychiatric evaluation and medication adjustments to age 30 and annual thereafter. |
| Relationship problems | Relationship building & support, relational processing, cognitive processing, systems intervention | Life | Situationally by psychologist or strong therapist |
| Sexual concerns | Sex-education, trigger identification-intervention, titrating exposure, distress reduction, affect regulated training | Life | Situationally by psychologist or strong therapist |

It is more probable than not that Lydia will require medical prescriptions for mood stabilizers and antidepressants intermittently throughout her life. It is reasonable to assume that Lydia's need for medicines will wax and wane somewhat but it is reasonable to predict that anti-anxiety, and anti-depressant medication prescriptions will be required over Lydia's lifetime. According to the U.S. Social Security Administration's current mortality table, Lydia has a life expectancy at this time of 86.5 years total and an additional life expectancy of 70.3 years. This table is at

https://www.ssa.gov/cgi-bin/longevity.cgi

23.4. What is the probable prognosis for Lydia as she deals with this disorder, condition or circumstance?

See above at 23.2

23.5. What is the most likely course of psychiatric, psychological, physical or other mental health care Lydia will need to deal with this disorder, condition or circumstance, and how is it expected to evolve in terms of need requirements?

See above at 23.3.

24. It is my opinion that Lydia's psychiatric condition is permanent. It is generally recognized that teenage victims of sexual assaults like those Lydia experienced scar the victim for life and produce dramatic symptoms of depression and withdrawal, or anxiety coupled with depression, relationship issues, and sexuality expression issues. Lydia, as such a victim, is that continuing risk of exacerbated symptoms, and debilitating consequences in her life without ongoing medical, psychiatric, and psychological care.

Therefore, the plan of care outlined above is reasonably medically necessary and essential to this young lady's mental health care during her lifetime.

Respectfully,

Rey de los Angeles M.D.

Enc.  Project Harmony Report