IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KD, Parent, Natural Guardian and Next Friend of; and JD, Parent, Natural Guardian and Next Friend of ;<br><br>Plaintiffs,<br><br>vs.<br><br>DOUGLAS COUNTY SCHOOL DISTRICT NO. 001, DANIEL BARTELS, BRIAN ROBESON, JOE DOE, and JANE DOE,<br><br>Defendants. | **8:17CV285**<br><br>**ORDER** |

After conferring with counsel, (Filing No. 106, audio file),

IT IS ORDERED that any motion by Defendants regarding Defendants' proposed Rule 35 examinations of Plaintiff L.D. shall be filed on or before December 4, 2018.

November 27, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge