IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KD, Parent, Natural Guardian and Next Friend of LD; and JD, Parent, Natural Guardian and Next Friend of LD;<br><br>Plaintiffs,<br><br>vs.<br><br>BRIAN ROBESON,<br><br>Defendants. | 8:17CV285<br><br>**ORDER** |

The court has granted summary judgment in favor of all defendants other than Brian Robeson. (Filing No. 170). Robeson was served on August 9, 2017, (Filing No. 12), but he has not filed an answer or otherwise entered his appearance in this case.

Accordingly,

IT IS ORDERED:

1) The trial currently set for January 21, 2020 is cancelled.

2) The plaintiffs are given until December 23, 2019 to either move for entry of default/default judgment or for dismissal of their claims against Defendant Robeson, in the absence of which the court will dismiss with prejudice all claims against Defendant Robeson without further notice.

2) The clerk shall mail a copy of this order to Defendant Robeson at the Lincoln Correctional Center, 3216 W. Van Dorn St., Lincoln, NE 68522.

November 22, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge